**APPENDIX TO**

**THE HONORABLE MINISTER FARRAKHAN'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)(2)(3)(4)(5) and 12(h)(3)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LARRY KLAYMAN,**<br>a Natural Person and<br>Resident of Florida, on<br>behalf of himself and all<br>U.S. police officers, Jews,<br>and Caucasians,<br>Plaintiffs,<br><br>v.<br><br>**BARACK HUSSEIN OBAMA,**<br>Acting as President of the United<br>States of America<br>1600 Pennsylvania Avenue<br>Washington, D.C. 20500<br><br>and<br><br>**HONORABLE MINISTER FARRAKHAN, et al**<br>A Natural Person, and Minister and Leader of<br>Nation of Islam<br>7351 South Stoney Island Avenue<br>Chicago, Illinois 60649 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>3-16-CV-02010-L |

**AFFIDAVIT OF HAMZA MUHAMMAD**

STATE OF ILLINOIS §
§
COUNTY OF Cook §

Before me, the undersigned notary public in and for the State of ILLINOIS, personally appeared HAMZA MUHAMMAD, known to me to be the person whose name is subscribed to this document, who deposed and stated as follows:

1. My name is HAMZA MUHAMMAD. I am over the age of 18 years, of sound mind and capable of making this Affidavit, I have personal knowledge of the facts herein stated.

and such facts are true and correct. I am currently serve as I reside at 2303 Normandy Drive #3C Michigan City, In. 46360

2. On or about July 18, 2016 while on security assignment at, 9792 Maudlin Road, New Buffalo Michigan, when I was approached by Berrian Co. Sheriffs Dept. who left a summons and complaint with me listing the Honorable Minister Louis Farrakhan as a defendant.

3. I have not been, and I am not, authorized by Minister Farrakhan to accept service of process on his behalf.

3. I do not reside with the Honorable Minister Louis Farrakhan.

4. I am not an agent, employee, representative, sales representative, or servant of the Honorable Minister Farrakhan.

5. I am not a member of the family who resides with the Honorable Minister Farrakhan.

6. I was not presented with any authorization from a court indicating I could accept service on behalf of Minister Farrakhan.

Hamza Muhammad
Printed Name

[signature]
Signature

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, on this 5th day of ~~September~~ August, 2016.

[signature]
Notary Public in and for the State of Illinois

OFFICIAL SEAL
P J MUHAMMAD
Notary Public - State of Illinois
My Commission Expires Mar 17, 2019

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LARRY KLAYMAN,**<br>a Natural Person and<br>Resident of Florida, on<br>behalf of himself and all<br>U.S. police officers, Jews,<br>and Caucasians,<br>Plaintiffs,<br><br>v.<br><br>**BARACK HUSSEIN OBAMA,**<br>Acting as President of the United<br>States of America<br>1600 Pennsylvania Avenue<br>Washington, D.C. 20500<br><br>and<br><br>**HONORABLE MINISTER FARRAKHAN, et al**<br>A Natural Person, and Minister and Leader of<br>Nation of Islam<br>7351 South Stoney Island Avenue<br>Chicago, Illinois 60649 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>3-16-CV-02010-L |

**AFFIDAVIT OF JAMILLAH MUHAMMAD**

STATE OF ILLINOIS §
§
COUNTY OF COOK §

Before me, the undersigned notary public in and for the State of ILLINOIS, personally appeared JAMILLAH MUHAMMAD, known to me to be the person whose name is subscribed to this document, who deposed and stated as follows:

1. My name is JAMILLAH MUHAMMAD. I am over the age of 18 years, of sound mind and capable of making this Affidavit, I have personal knowledge of the facts herein stated,

and such facts are true and correct. I am currently serve as I reside at 907 E. 81st Street, #2, Chicago, IL 60619.

2. On or about August 1, 2016 while on receptionist assignment at, 4855 S. Woodlawn Avenue, Chicago, IL when I was approached by a Detective who left a summons and complaint with me listing the Honorable Minister Louis Farrakhan as a defendant.

3. I have not been, and I am not, authorized by Minister Farrakhan to accept service of process on his behalf.

4. I do not reside with the Honorable Minister Louis Farrakhan.

5. I am not an agent, employee, representative, sales representative, or servant of the Honorable Minister Farrakhan.

6. I am not a member of the family who resides with the Honorable Minister Farrakhan.

7. I was not presented with any authorization from a court indicating I could accept service on behalf of Minister Farrakhan.

Jamillah Muhammad
Printed Name

[signature]
Signature

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, on this 5th day of August, 2016.

[signature]
Notary Public in and for the State of Illinois

OFFICIAL SEAL
P J MUHAMMAD
Notary Public - State of Illinois
My Commission Expires Mar 17, 2019