**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | Civil Action No.: 3:16-cv-02010-L |
| v. | |
| BARACK HUSSEIN OBAMA, et al | |
| Defendants. | |

**PLAINTIFF LARRY KLAYMAN'S REPLY TO DEFENDANT FARRAKHAN'S**
**OPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff Larry Klayman ("Plaintiff") hereby respectfully submits this Reply to Defendant Louis Farrakhan's ("Defendant Farrakhan") Opposition to Plaintiff's Motion for Extension of Time ("Opposition") (Docket No. 11).

**I.      INTRODUCTION**

In Defendant Farrakhan's Opposition, he attempts to confuse the court by painting Plaintiff's truthful, factual, and well established statements about Defendant Farrakhan's pattern and practice of anti-Semitism and calls to violence as "inappropriate personal attacks." This is a blatant attempt to draw this Court's attention from the fact that Plaintiff has properly met and conferred with Defendant Farrakhan and that Defendant Farrakhan will suffer no prejudice as a result of Plaintiff's requested extension, because in addition to being short staffed during the vacation period along with illness in the office, Plaintiff intends to amend his Complaint.

**II.     ARGUMENT**

      **a.      Plaintiff's Assertions Regarding Defendant Farrakhan are True**

In Defendant Farrakhan's Opposition, Defendant Farrakhan falsely asserts that Plaintiff "has and continues to attack personally, express and reveal animus, and malevolence towards Minister Louis Farrakhan, the Nation of Islam and Counsel who are his followers and legal representatives." Indeed, Plaintiff harbors no animus towards Defendant Farrakhan, outside of Defendant Farrakhan's repeated calls to violence and anti-Semitic remarks made against Plaintiff, and those similarly situated to Plaintiff, as described in great factual detail in Plaintiff's Complaint. Plaintiff and his family have already been threatened after filing this lawsuit. **Exhibit A**. Furthermore, as set forth in Plaintiff's Complaint for instance:

> Defendant Farrakhan further stated that "Death is sweeter than watching us slaughter each other each other to the joy of a 400-year-old enemy. [Jewish persons]. Death is sweeter. The Qur'an teaches persecution is worse than slaughter then it says, retaliation is prescribed in matters of the slain. Retaliation is a prescription from God to calm the breasts of those whose children have been slain." Comp. ¶ 75.[1]

> Louis Farrakhan urged retaliation by violent conflict for the death of Michael Brown, a thief who was shot and killed by a Caucasian police officer in Ferguson, Missouri. Defendant Farrakhan explicitly and specifically sought to stop black and black Muslim community leaders from discouraging the violent revolution, riots, and crime waves that he was calling for. Comp. ¶ 56-57.

> Defendant Farrakhan called for angry blacks and black Muslims to "stalk them and kill them" (Jews and Caucasians) as the "400 year old enemy." Farrakhan explicitly incited "10,000 fearless men" to commit imminent violence saying "rise up and kill those who kill us; stalk them and kill them and let them feel the pain of death that we are feeling!"[2] Comp. ¶67-68

> Defendant Farrakhan called for the imminent killing of police officers and law enforcement of all races and ethnicities, Jews, and Caucasians when he demanded that "if the federal government will not intercede in our affairs, then we must rise up and kill those who kill us, stalk them and let them feel the pain of death that

---

[1] Richard B. Muhammad and Janiah Muhammad, *We are not asking for justice, we are demanding justice*, The Final Call, August 4, 2015, accessible at
http://www.finalcall.com/artman/publish/National_News_2/article_102517.shtml
[2] Pam Key, "Farrakhan: We Must Rise Up and Kill Those Who Kill Us; Stalk Them and Kill Them," Breitbart, August 4, 2015, accessible at http://www.breitbart.com/video/2015/08/04/farrakhan-we-must-rise-up-and-kill-those-who-kill- us-stalk-them-and-kill-them/

we are feeling!" Comp. ¶ 74.

Defendant Farrakhan, a virulent black Muslim anti-Semite, includes especially Jews in his incitement against "the 400 year enemy." Defendant Farrakhan has alleged that the Jewish people were responsible for the slave trade and that they conspire to control the government, the media, Hollywood, and various black individuals and organizations. Farrakhan often promotes such messages at public speeches and sermons, some of which attract thousands of followers. During Part II of his 2015 Saviours' Day keynote address at the Mosque Maryam in   Chicago, Illinois, Farrakhan alleged (again) that Israel and Jews orchestrated the 9/11 attacks on the United States, claiming that "Israelis had foreknowledge of the attacks" and that Jews were warned ahead of time not to come to work that day. Comp. ¶ 95-96

Farrakhan frequently characterized Jews as "Satanic" and promoted a wide range of anti-Semitic conspiracy theories, alleging Jewish control over government, finance, entertainment, and other sectors. The lecture series, which received an average of about 40,000 views per sermon, is part of a larger effort by the Nation of Islam's media arm to spread its hate through a range of propaganda, including through its newspaper and various social media sites.[3] Comp. ¶ 99

Defendant Farrakhan has attacked Judaism as a "gutter religion" and Israel as an "outlaw" nation. [4]

 Defendant Farrakhan has, undeniably, advocated for the killing of Jewish and Caucasian persons, especially law enforcement, and even those who support his beliefs. [5]

**b.      Plaintiff Has Met and Conferred with Defendant**

Defendant Farrakhan's contention that Plaintiff has failed to meet and confer with Defendant Farrakhan's counsel is likewise without merit. Defendant Farrakhan alleges that he did not recognize the person who sent the email seeking consent. However, the email clearly

---

[3] *Farrakhan In His Own Words*, Anti-Defamation League, March 20, 2015, accessible at:
Case 3:16-cv-02010-L Document 1 Filed 07/09/16 Page 25 of 52 PageID 25
http://www.adl.org/anti-semitism/united-states/c/farrakhan-nation-of-islam-noi-in-his-own-words.html
[4] *Jews Express Outrage at Farrakhan Calling Judaism 'gutter Religion', Israel Described As 'outlaw' State,* Jewish Telegraphic Agency, June 27, 1984, accessible at:
http://www.jta.org/1984/06/27/archive/jews-express-outrage-at-farrakhan-calling-judaism-gutter-religion-israel-described-as-outlaw-st
[5] *Farrakhan Admission on Malcolm* X, CBS News, May 10, 2000, accessible at
http://www.cbsnews.com/news/farrakhan-admission-on-malcolm-x/

states that the request was being made on behalf of Mr. Larry Klayman. Curiously, even though Defendant Farrakhan purportedly "did not know" the sender of the email, who was authorized on behalf of Mr. Klayman to do so, Defendant Farrakhan still answered substantively by refusing consent without seeking any further clarification. This makes Defendant Farrakhan's assertion disingenuous, at best.

### c.     Defendant Farrakhan Suffers No Prejudice as a Result of This Extension

Defendant Farrakhan alleges that he will suffer prejudice as a result of this extension of time, without actually specifying how he would be prejudiced, outside of the blanket assertion that he is the subject of a lawsuit. If this were a valid basis for prejudice, each and every defendant in every single matter would suffer the same prejudice—and thus extensions of time would never be granted. Defendant Farrakhan's assertion that Plaintiff's claims are meritless are improper for this type of opposition, and must be ignored.

Indeed, Defendant Farrakhan does suffer no prejudice as the result of the short extension requested by Plaintiff. This litigation is only in its very beginning. Discovery has not even begun. Lastly, as Plaintiff intends to amend his Complaint, any prejudice that Defendant Farrakhan could possibly face is entirely eliminated.

## III.    CONCLUSION

Based on the foregoing, Plaintiff respectfully requests this Court grant Plaintiff's Motion for Extension of Time

Dated: August 30, 2016                               Respectfully submitted,

                                                     */s/ Larry Klayman*
                                                     Larry Klayman, Esq.
                                                     Freedom Watch, Inc.
                                                     2020 Pennsylvania Ave N.W. #345
                                                     Washington, D.C. 20006
                                                     Tel: (561) 558-5336

Email: leklayman@gmail.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR EXTENSION OF TIME was filed electronically and served through the court's ECF system to all counsel of record or parties on August 30, 2016.

*/s/ Larry Klayman*
Attorney

# EXHIBIT A

 **Oliver Peer <oliver.peerfw@gmail.com>**

---

## Fwd: Vonage Visual Voicemail from 12342289356 - New Voicemail Received

**Dina James** <daj142182@gmail.com>               Wed, Aug 24, 2016 at 3:14 PM
To: Oliver Peer <oliver.peerfw@gmail.com>

larry wants you to have this . . .

it's pretty nasty FYI. just hit "play" on the audio.

---------- Forwarded message ----------
From: <12342289356@vm.vonage.com>
Date: Thu, Jul 14, 2016 at 6:00 PM
Subject: Vonage Visual Voicemail from 12342289356 - New Voicemail Received
To: daj142182@gmail.com, leklayman@gmail.com

Date  : Jul 14 2016 05:59:59 PM

From : Bennett Andrew (12342289356)

To    : Larry Klayman (13522749359)

"[...] you cracker [...] you broke with the black Panthers and the black lives matter and all black people in this country. God probably alone. You should be worried(?) about the say that you whole goddamn family."

--- Brought to you by Vonage ---

This email was sent from a mailbox that does not accept replies.



If you require assistance from Customer Care, please visit our Contact Us page at https://support.vonage.com/app/contact_us

---

Vonage would like to know what you think about this Vonage Visual Voicemail message.

Was this transcribed message useful?

yes

no

---

🎵 **voice-message.wav**
    168K