## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | Civil Action No.: 3:16-cv-02010-L |
| v. | |
| BARACK HUSSEIN OBAMA, et al | |
| Defendants. | |

**PLAINTIFF LARRY KLAYMAN'S SUPPLEMENT TO REPLY TO DEFENDANT FARRAKHAN'S OPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff Larry Klayman ("Plaintiff") hereby respectfully submits this Supplement to Plaintiff's Reply to Defendant Louis Farrakhan's ("Defendant Farrakhan") Opposition to Plaintiff's Motion for Extension of Time ("Opposition").

In Defendant Farrakhan's Opposition, he improperly characterizes Plaintiff's claims as having "no legal foundation" (Docket No. 11 at 4), while attacking the veracity of Plaintiff's factual assertions. While Plaintiff's Reply Brief (Docket No 12) does set forth evidence eviscerating Defendant Farrakhan's false claims, Plaintiff hereby submits further evidence that Defendant Farrakhan, through the Nation of Islam, as well as Defendants involved with "Black Lives Matter" have, in fact, incited very real and very frequent acts of violence against law enforcement officers, particularly those of Caucasian descent.

(1) **Micah Johnson**: As set forth in Plaintiff's Complaint, Micah Johnson ("Johnson") shot at a large group of police officers during the recent Dallas massacre, killing five and injuring nine. Johnson was a member of the Nation of Islam, as confirmed

through Johnson's Facebook account, and the New Black Panther Party, a group that

has advocated violence against whites, and Jews in particular.[1] This is consistent with

the Defendant Farrakhan's calls to violence and death amongst his disciples. An

article called *Dallas Shooting: Time to Hold Nation of Islam Accountable* by Ryan

Mauro confirms that Johnson's actions were praised by the Nation of Islam. [2]

(2) **Gavin Long**: On July 17, 2016, Gavin Eugene Long ("Long") ambushed and shot six

police officers in Baton Rouge, Louisiana. Three of Long's victims were killed. It has

been revealed that Long was a member of the Nation of Islam, as per Long's own

admission on his YouTube channel.[3] Consistent with Defendant Farrakhan's calls to

violence and death among his Nation of Islam disciples, Long's motivation behind his

murders became apparent through his YouTube channel and his "manifesto," which

revealed that Long was intent on targeting police officers. Long referred to Micah

Johnson, the gunman who shot and killed five Dallas officers on July 7, 2016 as "one

of us."[4]

(3) **Lakeem Scott**: On July 7, 2016, Lakeem Keon Scott ("Scott") shot at passing cars

along a Tennessee highway, killing one woman and wounding three others, including

---

[1] Pamela Geller, *Dallas Mass Cop Murderer was Follower of Nation of Islam*, July 8, 2016, available at:
http://pamelageller.com/2016/07/dallas-mass-cop-murderer-was-follower-of-nation-of-islam.html/
[2] available at: http://m.clarionproject.org/analysis/dallas-shooting-time-hold-nation-islam-accountable
[3] Chuck Ross, *Baton Rouge Shooter Gavin Eugene Long Was Nation of Islam Member, Railed Against 'Crackers' On YouTube Channel*, Daily Caller, July 17, 2016, available at:
http://dailycaller.com/2016/07/17/baton-rouge-shooter-gavin-eugene-long-was-nation-of-islam-member-railed-against-crackers-on-youtube-channel-video/
[4] Brian McBride, *Investigators Scour Baton Rouge Gunman's Social Media as Motive Remains Unknown*, ABC News, July 18, 2016, available at http://abcnews.go.com/US/investigators-scour-baton-rouge-gunmans-social-media-motive/story?id=40657759

a police officer.[5] Witnesses heard Scott yelling "police suck! Black lives matter!" as he opened fire.[6] Police later on found "Black Lives Matter" materials inside of Scott's home.[7] All of Scott's victims were Caucasian.[8]

(4) **Marquell Rentas, Trenton Nace**: On July 29, 2016 17-year old Marquell Rentas ("Rentas") attempted to shoot and kill four police officers in Columbia, Pennsylvania while his 18-year old cousin, Trenton Nace ("Nace"), aided him.[9] Rentas left no question as to his motivation, telling police "I was shooting at you, F-you, police."[10] Rentas' mother blames Black Lives Matter for indoctrinating her child and inciting violence, saying. "[Rentas and Nace] are in jail for doing what Black Lives Matter wanted them to do: shoot at cops. The truth is that these are two punk kids following the orders of an irresponsible organization and now they're going to pay for it."[11]

(5) **Joseph Thomas Johnson-Shanks**: In September, 2015, Joseph Thomas Johnson-Shanks ("Shanks") shot and killed Trooper Joseph Cameron Ponder after leading Kentucky State Polo lice on a high speed chase.[12] Shanks' Facebook account has

---

[5] *Witness heard Bristol gunman yelling, 'Police suck! Black lives matter!" as he opened fire*, CNN Wire, July 8, 2016, available at: http://wtvr.com/2016/07/08/bristol-gunman-lakeem-keon-scott-yelled-olice-suck-black-lives-matter/

[6] *Id.*

[7] *Id.*

[8] Mark Heim, *Tennessee Highway Gunman Kills 1, Injures 3, Motivated by Police Shootings, Authorities Said*, AL, July 8, 2016, available at:
http://www.al.com/news/index.ssf/2016/07/tennessee_highway_gunman_motiv.html

[9] Joe Elias, *Boy, 17, Charged with Trying to Shoot and Kill Four Lancaster County Police Officers*, Penn Live, July 30, 2016, available at:
http://www.pennlive.com/news/2016/07/boy_17_charged_with_trying_to.html

[10] *Id.*

[11] *PA Mom Blames Black Lives Matter for Son Shooting Police*, RT, August 3, 2016, available at:
https://www.rt.com/usa/354424-mom-blames-black-lives-matter-shooting-police/

[12] Nina Golgowski, *Suspect in Kentucky Trooper's Shooting Death Was a 'Black Lives Matter' Advocate in St. Louis, Facebook Shows*, NY Daily News, September 14, 2015, available at:
http://www.nydailynews.com/news/national/suspect-trooper-death-black-lives-matter-backer-article-1.2360320

conclusively shown that Shanks was an advocate of Black Lives Matter, showing

Shanks' presence at protests and at Michael Brown's funeral.

(6) **Allen Muhammad, Lee Malvo**: In 2002, Allen Muhammad and Lee Malvo carried

out a shooting spree which killed 17 total persons and left an additional 10 persons

injured in the Northern Virginia area. Both snipers were members of the Nation of

Islam, with Lee Malvo saying, "one of the reasons for the shootings was that white

people had tried to harm Louis Farrakhan, leader of the Nation of Islam."[13]

Articles detailing these acts of terror and violence are attached as **Exhibit A**. These are just a few

examples of Defendant Farrakhan's acts of violence and death related to inciting a race war in

America. Indeed, Plaintiff, himself a law enforcement officer and officer of the court as a former

Justice Department attorney, has been the subject of death treats for filing this suit recently.

Plaintiff received a call saying, "you cracker…you broke with the Black Panthers and the black

lives matter and all black people in this country. God probably alone. You should be worried

about the [safety of] you[r] whole goddamn family." **Exhibit B**. Discovery will likely reveal that

Defendant Farrakhan's Nation of Islam was actually behind this threat of death and serious

bodily harm. Thus, it was not only improper for Defendant Farrakhan to, in his Opposition,

question the validity of Plaintiff's legal claims, but, as shown in Plaintiff's Reply and above,

Defendant Farrakhan's assertion is flat-out false.

Dated: August 31, 2016                                    Respectfully submitted,

                                                         */s/ Larry Klayman*
                                                         Larry Klayman, Esq.
                                                         Freedom Watch, Inc.
                                                         2020 Pennsylvania Ave N.W. #345
                                                         Washington, D.C. 20006
                                                         Tel: (561) 558-5336

---

[13] Daniel Pipes, *The Beltway Snipers' Motives*, August 19, 2003, available at
http://www.danielpipes.org/blog/2003/08/the-beltway-snipers-motives

Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing PLAINTIFF'S SUPPLEMENT TO REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR EXTENSION OF TIME was filed electronically and served through the court's ECF system to all counsel of record or parties on August 31, 2016.

*/s/ Larry Klayman*
Attorney

# EXHIBIT A





# Dallas Shooting: Time to Hold Nation of Islam Accountable

It is likely that the shooter was partially radicalized online, following extremist groups advocating violence including the Nation of Islam.

*By Ryan Mauro*

*Mon, July 11, 2016*



Louis Farrakan, leader of the Nation of Islam, preaches "retaliation" against white people. "Don't let this white man tell you that violence is wrong," he says.

Micah Johnson, the perpetrator of the shooting of police officers in Dallas, Texas, is now suspected of having been radicalized online (at least partially), as he followed anti-police extremist groups online, including the jihad-supporting Nation of Islam, whose leader has been encouraging violence against police with a heightened fury since the Ferguson controversy.

Only hours before the attack, Nation of Islam leader Louis Farrakhan was publishing racist endorsements of violence. He preached, "When you are willing and not afraid anymore to pay the price for freedom—don't let this white man tell you that violence is wrong…He's doing it as we speak, and then he has the nerve to come and tell us that violence and hatred won't get it." He also said that white people are "worthy to be hated."

Around the time of the Ferguson riots, Farrakhan preached about the law of retaliation in regards to police, encouraged followers to "die for something" and said parents should teach their children how to fight and throw Molotov cocktails. He threatened, "We'll tear this goddamn country apart!"

In front of 2,000 attendees in Maryland, he happily proclaimed, "They know an explosion is going to come." The reaction was not shock or a worried silence. It was cheers.

Farrakhan has reportedly told African-Americans to rise up against the U.S. government as the Palestinians have risen up against Israel. In August, he justified the terrorism of Hamas against Israel and compared it to the struggle of blacks in America.

Micah Johnson is not known to have been a Muslim but non-Muslims can still be impacted by Islamist incitement that goes beyond reasonable discourse about police and racism and into dehumanization and advocacy for violence. Proof of this intersection comes in the form of a Facebook cartoon using ISIS propaganda to support killing police that Micah Johnson wrote a rant under.

He also was a member of the New Black Panther Party, an extremist group that is not exclusively Islamic but formed as a split from the Nation of Islam. He also "liked" an organization called the P. Newton Gun Club, run by an official of a group named the People's New Black Panther Party. That official reacted to the Dallas attacks by saying, "Micah just got five of the bastards."

Anti-police bigotry is part of the radicalization process for different kinds of extremist ideologies and Islamism is one of them. Islamism benefits because the ideology sees secular-democracies as inherently unjust and oppressive, a commonality with those who reflexively demonize U.S. government agencies and dangerously paint police as bloodthirsty.

The Islamic State recognized this and tried to spin the Ferguson riots to its advantage. Other non-violent Islamist groups also saw it as an opportunity to position themselves favorably.

At the time, I discussed the intersection between anti-police bigotry and radical ideologies including Islamism on FOX News Channel:



ISIS Exploits Ferguson Decision: Ryan Mauro on "...

It's time for the Nation of Islam and groups like it to be held accountable for the inevitable results of their incitement. A starting point would be denying government financial aid like farm subsidies that have been awarded to Nation of Islam-linked entities.

Non-profit organizations that explicitly endorse criminal activity that directly harms others, such as violence against police, don't deserve their non-profit statuses.

Legal professionals should also be consulted with to discuss possible prosecution under laws related to treason, sedition and subversive activities.

When you counter anti-police extremism, you target a key part of the Islamist worldview. When you challenge Islamist propaganda, you challenge an ideology that promotes anti-police bigotry. The two are linked.



*Ryan Mauro is ClarionProject.org's national security analyst, a fellow with Clarion Project and an adjunct professor of homeland security. Mauro is frequently interviewed on top-tier television and radio. Read more, contact or arrange a speaking engagement.*

 

Like 569    Share

G+ Share    23         Tweet

## Most Popular Posts

    Does The Death of ISIS #2 Man Mean We're Winning?

    Detroit Man Who Amassed Arsenal Was Vocal ISIS Fan

Wyoming Group Holds Rally Against Islam

Hamas, Palestinian Authority Arrest, Abuse Critics

UK Charity Worker Dies From Attack: 'His Parents Raised a Hero'

FREE NEWSLETTER

# SIGN UP

### FOR CLARION PROJECT'S WEEKLY REPORT (FREE)

email address

**Subscribe**

We will never share your email.

**0 Comments**

Sort by   Top

Add a comment...

f  Facebook Comments Plugin

CONNECT

Contact   |   Donate

Back to Top | View Desktop Version



# Dallas Mass Cop Murderer was Follower of Nation of Islam

By  PAMELA GELLER   on July 8, 2016

JIHAD IN AMERICA | 78 Comments

    



Facebook

Nation of Islam …. of course. I reported in my book, *The Post American Presidency: The Obama Administration's War on America*, Obama's security during his 2008 presidential run was the Fruit of Islam, the male-only paramilitary wing of the Nation of Islam (NOI).

Micah Johnson was a Facebook member of The Nation of Islam and Black Liberation Party, Obama's old stomping grounds. Obama's spiritual guru, Reverend Jeremiah Wright, is a fiery hate pastor in a Black Liberation church.



## Recommended For You

Sponsored by Revcontent



**The One Video Hillary Didn't Want Released Before November 8th, 2016**



**12x More Efficient Than Solar Panels? Scientists Screaming in Disbelief**



**Brutal: What Trump Just Released on Obama is Going Viral**

**NASA**
**Human**







"What we know about the Dallas gunman: Army veteran reportedly said he 'wanted to kill white people'," By Laura J. Nelson, Nigel Duara, LA Times, July 8, 2016:

The shooter, barricaded in a downtown Dallas parking garage, bantered with negotiators during an hours-long standoff.

He did not seem nervous and said he was not afraid to die.



*Dallas police officers murdered by racist sniper*

He told the armed officers facing him that he had been preparing for the assault, vowing that he "wanted to kill white people, especially white officers," according to Dallas police.

As investigators later discovered, the gunman's online activities provided other hints to his motivation.

Micah Xavier Johnson, a 25-year-old black man, showed interest in groups affiliated with the black separatist movement. He had "liked" Facebook pages for the founder of Nation of Islam and for the Black Riders Liberation Party, which are classified as hate groups by the Southern Poverty Law Center.

It's the quiet ones that just do the most devastating stuff. You never see it coming. — Israel Cooper, a friend of Micah X. Johnson

The rough outlines of Johnson's life that emerged after the shootings in Dallas paint a portrait of a U.S. Army veteran who was violently disturbed by what he saw as a police war against black Americans. He was determined to fight back.



FOX NEWS: Pamela Gel...

Contribute to the fight!



Search

MOST POPULAR POSTS

- UK Teen Gymnast Kills Herself for Fear She Would be Branded an Islamophobe over Joke Photo

- Kerry: 'Media Would Do Us All a Service If They Didn't Cover' Terrorism as Much

- Besi... with ... Mus...

- Hum... Caug...

- UK ... Med...



Johnson's attack capped a day of peaceful demonstrations spurred by the deadly shootings of two African American men in Louisiana and Minnesota. As hundreds of people marched through downtown Dallas, officials say Johnson opened fire, killing five police officers and wounding nine others.

Friends and family expressed shock over the shootings, saying the attack ran counter to what they knew of Johnson. He had no criminal history or known ties to terrorist groups.

"It's the quiet ones that just do the most devastating stuff," his friend Israel Cooper told the Associated Press. "You never see it coming. But then it's more expected, like 'I should have known.' "

Cooper frequently played basketball with Johnson at a park near his house in Mesquite, a blue-collar suburb southeast of downtown Dallas. Johnson, who went by Xavier, had a "cool vibe," Cooper said, and never seemed like "a violent or rough dude."

In Johnson's neighborhood, near Interstate 20, fast food joints and gas stations dominate the commercial arteries, with the residential areas tucked behind high walls.

On the last road in a neighborhood dotted with large houses and big front yards, law enforcement and media swarmed a two-story home with a stone facade and a portico above the front entrance.



The residence of Micah Xavier Johnson in Mesquite, Texas. (Stewart F. House / AFP/Getty Images)

Inside, detectives found bomb-making materials, ballistic vests, rifles, ammunition and a personal journal "of combat tactics," a Dallas Police Department news release said. Law enforcement officials believe Johnson frequently went to shooting ranges.

He joined the Army Reserve in March 2009 and served in a troop program unit in nearby Seagoville for four-and-a-half years, according to his service record. Members of the Army Reserve program typically spend one weekend per month on duty and perform two weeks of additional training each year.



Johnson is a former Army reservist who served in Afghanistan. (Inform)

He deployed to Afghanistan in 2013 as part of Operation Enduring Freedom and served eight months as a

TAKE A LOOK

- **Hillary's 3 Secrets Revealed in NY Times Bestseller**
- **Men Don't Need Viagra If You Do This Once Daily - Kills ED**
- **Fix Your Erectile Dysfunction by Doing This Daily (Try Tonight)**
- **Kelly Ripa Adresses Shocking "Live with Kelly and Michael" Rumors**
- **Tom Hanks Reveals The Diabetes Curing Pill That Saved His Life**
- **VIAGRA OBSOLETE New Replacement Cheaper Safer Faster (See Video!)**
- **No Pill Will Stop Tinnitus But This Trick Will**
- **2 Jaw-Dropping Cards Charging 0% Interest Until 2018**
- **The 10 Best Rewards Credit Cards On The Market**
- **2 Credit Cards Are Offering 0% Interest Until 2018**

Powered by Newsmax.

### Trending News


**Norway Builds a Border Wall**


**Getting To Know The Real Melania Trump**


**Unforgettable Images From September 11**


**What If All the Polls Are Wrong?**


**The Reason Why US Swimmer Lochte Lied About Being Robbed in Rio**

SUPPORT ATLAS: FUND THE FIGHT



The simple way to pay off credit card debt?

Transfer your balance

Annual Fee          Intro Balance Transfer APR*

$0                  0%

lendingtree         Compare Cards

carpentry and masonry. He also spoke English.

Johnson received several medals for his tour of duty in Afghanistan, including an Army Achievement Medal and a NATO Medal.

A woman who served with Johnson in Afghanistan posted on Facebook that Johnson had been "my battle buddy, my brother in arms."

"I served with him most of all my army career," Sarah Castañeda wrote. "I've been feeling so heavy hearted about what's going on but this just hits too… close."

In a Facebook post, Johnson's sister mourned the loss of her brother and questioned why he had gone to the downtown demonstration.

"I keep saying it's not true… my eyes hurt from crying," Nicole Johnson wrote in a post she later deleted. Minutes later, she posted again. "The news will say what they think but those that knew him know this wasn't like him. … This is the biggest loss we've had."

Dallas activists said they did not recognize Johnson or his name, and had never seen him at a protest.

In addition to his interest in separatist groups, Johnson had "liked" a page for the Huey P. Newton Gun Club, named for the Black Panther Party's co-founder. The group, founded last year, teaches its members self-defense and conducts what it calls "armed patrols" through neighborhoods where the police have killed black men.

In a press release issued last year, the group said police agencies with officers who shoot and kill black people "protect the interests of the ruling class, much as they did in the past with slave patrols in the South and strike breakers in the late 19th and early 20th century."

"We'd never seen him and we don't know him," said member Erick Khafre by phone. "The gun club isn't affiliated with him in any way."

In his Facebook photo, Johnson wore a purple, yellow and gold dashiki and thrust his fist into the air. His cover photo displayed the red, black and green stripes of the Pan-African flag.

Last week, Johnson shared a video on Facebook of pilot whales being killed in the shallow waters off the Faroe Islands in the North Atlantic Ocean.

"Look at the joy on their faces," Johnson wrote. "Why do so many whites (not all) enjoy killing and participating in the death of innocent beings?"

He continued: "The church members and regular citizens (offspring of terrorist invaders) who stood around watching, cheering, eating food with their families while watching one of our ancestors be beaten, noose tied around their neck, hung up high for all to see… then they all stand around and smile while their picture is taken with a hung, burned and brutalized black person."

**You May Like**

Sponsored by Revcontent

**Unbelievable Secrets The Kennedy Family Hid From The World**

**The 9 Phrases That Are Guaranteed To Make Any Women Go Crazy**

**Weirdest Trick Erases Yellow Teeth Stains In 3 Minutes**

**Hollywood Mourns The**

**NASA Warn's of Biblical**

**Never Before Seen Photos**

---

RECENT   PROBABLY CONCERNED   *For 18 Billing Cycles

AR154U ☑ Trump **2016 on What Is Sharia Law And Why You Should Be Scared**

Pray Hard on **Top Equestrian's terror as Muslim migrants ATTACK horsebox**

Pray Hard on **Top Equestrian's terror as Muslim migrants ATTACK horsebox**

Mahou Shoujo on **George Washington University HIRES convicted JIHAD TERRORIST as UNIVERSITY EXPERT**

Pray Hard on **Top Equestrian's terror as Muslim migrants ATTACK horsebox**

COLUMNS BY PAMELA GELLER

The Jerusalem Post

World Net Daily

Breitbart

American Thinker

Human Events

PJM

Yahoo News

Newsmax

Washington Times

Tweets by ⓥ PamelaGeller



Pamela Geller
@PamelaGeller

@showtime, whats funny about jihadis driving 1000 miles to slaughter 300Americans at #FreeSpeech event in TX? #FATWA

26s

Pamela Geller
@PamelaGeller

@showtime, whats funny about jihadis opening fire on a free speech event at a cafe in Copenhagen #FATWA #larswilks



Embed

News from



**The simple way to pay off credit card debt?**
Transfer your balance

Annual Fee
$0

Intro Balance Transfer APR*
0%

lendingtree    Compare Cards

**Death Of This Legend 3 ...**      **Disaster to Hit D...**      **If The Clintons Say Don't ...**      **Pamela**

*For 18 Billing Cycles

143,331 Votespoll [Are you planning to buy a gun?](#)
Read more



FIND OUT WHAT'S IN YOUR

Stay on top of what's really happening. Follow me on **Twitter here.** Like me on **Facebook here.**



LISTEN Pamela Geller o...

▶

Books and Movies by Pamela Geller

🖨 Print This Post

| Black Liberation Theology | Black Lives Matter | Nation of Islam | police



Disclamer

**Comments at Atlas Shrugs are unmoderated. Posts using foul language, as well as abusive, hateful, libelous and genocidal posts, will be deleted if seen. However, if a comment remains on the site, it in no way constitutes an endorsement by Pamela Geller of the sentiments contained therein.**



**76 Comments**      **Pamela Geller, Atlas Shrugs**      1 🔒 Login ▾

♥ **Recommend**  2      ⤴ Share                                    Sort by Best ▾

👤  Join the discussion…

👤  **Islam and its Followers** · 2 months ago
      He's wrong its not the quiet ones. Don't blame quiet people.

      Blame the followers of Islam Obama's religion of peace.

      Islam is a cult of death & destruction.
      49 ∧ | ∨ · Reply · Share ›

      👤  **Julian Farmer** ↱ Islam and its Followers · 2 months ago
            Islam is like two choice fuse.

            1) Slow burn for "moderate"
            2) Quick burn "extreme"

            Both area threat to civilisation....
            27 ∧ | ∨ · Reply · Share ›

            **Joe1938** ↱ Julian Farmer · 2 months ago
            The moderates are not relevant because
            they are all talk and also follow the Koran. That leaves the extreme

🔲 supply

The simple way to pay
off credit card debt?
**Transfer your balance**

Annual                          Intro Balance
Fee                             Transfer APR*
$0                              0%

lendingtree          Compare Cards

*For 18 Billing Cycles

7 ∧ ∨ · Reply · Share ›

**sodacrackers2** ↱ Julian Farmer · 2 months ago

It is very bad for women and children also, and how can they escape it when those in charge refuse to tell the truth.

6 ∧ ∨ · Reply · Share ›

**Loretta Biggers Davi** ↱ Julian Farmer · 2 months ago

The opposite is Christianity, they practice their religion, we do not.

2 ∧ ∨ · Reply · Share ›

> **pizztov** ↱ Loretta Biggers Davi · 2 months ago
>
> you're right on Loretta.
>
> ∧ ∨ · Reply · Share ›

**Shane** ↱ Julian Farmer · 2 months ago

This guy is a product of the hate Whitey movement in America that the left has been promoting for decades. He was a racist, a hater, and an enemy of our country like most people in the Nation of Islam and New Black Panthers.

∧ ∨ · Reply · Share ›

**ScottinVA** ↱ Islam and its Followers · 2 months ago

There are no "moderate" muslims... Just patient ones.

18 ∧ ∨ · Reply · Share ›

> **Stephanie** ↱ ScottinVA · 2 months ago
>
> so much for 'moderate' ones http://schnellmann.org/i-am-a-...
>
> 1 ∧ ∨ · Reply · Share ›

**JoeMiller2** · 2 months ago

Great article, Pamela!

One quick note -- I'm not sure it is prudent to mention the views of the biased extreme left-wing Southern Poverty Law Center in your article. The Southern Poverty Law Center actually lists your own organization, the American Freedom Defense Initiative, as a hate group.

22 ∧ ∨ · Reply · Share ›

> **Steve** ↱ JoeMiller2 · 2 months ago
>
> The only way that poverty applies to that group is a poverty of good thinking.
>
> 14 ∧ ∨ · Reply · Share ›

>  **Drew the Infidel** ↱ JoeMiller2 · 2 months ago
>
> The SPLC is a hate group itself. Pot, meet kettle.
>
> 11 ∧ ∨ · Reply · Share ›

> **Dr. Strangelove** ↱ JoeMiller2 · 2 months ago
>
> Agreed, didn't they also denounce the TEA Party as a terrorist group?
>
> 10 ∧ ∨ · Reply · Share ›

>> **NonIslmophobicAthiestPedoHater** ↱ Dr. Strangelove · 2 months ago
>>
>> I think it would be a badge of Honor to be labeled by this group of idiots.
>> I will believe them when they call out a true hate group like "Islime"
>> or the m&M's of pretty much any Mosque..
>>
>> 3 ∧ ∨ · Reply · Share ›

> **s;vbkr0boc,klos;** ↱ JoeMiller2 · 2 months ago
>
> We are all pretty savvy on Pam's site and that the SPLC labels them a 'hate group' is saying even THEY can't ignore it....
>
> 3 ∧ ∨ · Reply · Share ›

>> **Joy Daniels Brower** ↱ s;vbkr0boc,klos; · 2 months ago
>>
>> BINGO! That was my reaction as well. If the SPLC calls them "terrorists," that's a pretty severe condemnation!
>>
>> 1 ∧ ∨ · Reply · Share ›

>>> **EJ MacDonald** ↱ Joy Daniels Brower · 2 months ago

ad supply

**The simple way to pay off credit card debt?**

_Transfer your balance_

Annual Fee      Intro Balance Transfer APR*

$0      0%

lendingtree     Compare Cards

against Islam- is on the SPLC hate group list. I would be surprised if Pam
and Robert Spencer aren't on it as well.

∧  ∨  ·  Reply  ·  Share ›

 **Michael Copeland** ➔ JoeMiller2 · 2 months ago

The article is by Laura J. Nelson and Nigel Duara of LA Times.

2  ∧  ∨  ·  Reply  ·  Share ›

> **Pray Hard** ➔ JoeMiller2 · 2 months ago
>
> Yeah, she knows.
>
> ∧  ∨  ·  Reply  ·  Share ›

**Suresh** · 2 months ago

Its Black panthers and nation of Islam propaganda along with Liberal Media 24/7 propaganda
perpetuating the myth of police killing innocent blacks that led to this killing .
Most Media are corrupt, bought out by saudis and OIC to push Islam and Islam pandering
politicians like Obama and Hillary http://tinyurl.com/gqqwznm ,,and most Dems and many
Republicans like Bush and Paul Ryan's !

Liberal / Leftist Loons are responsible for assault and rape on women that is rampant in European
Hell holes now http://tinyurl.com/zcgplm3

19  ∧  ∨  ·  Reply  ·  Share ›

**Armaros** · 2 months ago



His Muslim name was Faheed Hassen

17  ∧  ∨  ·  Reply  ·  Share ›

**Steve** · 2 months ago

How is that possible? Louis Farrakhan is such a gentle and kind soul. He just tells his recruits to go
out and kill a few crackers. Islamism had to be linked to the killer some kind of way just as its
linked into black lies mutter. It's okay though because the traitorous occupant of the White House
just says it's all because of disparities and has nothing at all to do with any lies about supremacy.
In fact it was the gun's fault. It is comforting to know however that it was just a lone wolf for how
many lone wolves can there be?

17  ∧  ∨  ·  Reply  ·  Share ›

> **rooare** ➔ Steve · 2 months ago
>
> Even one wolves come from packs.
>
> 2  ∧  ∨  ·  Reply  ·  Share ›

>> **Steve** ➔ rooare · 2 months ago
>>
>> Yes, and all these lone wolves are apparently reading information in some form or
>> fashion related to the cult of islamism. Funny, that must be some damn strong mind
>> altering verse (or curse) upon the reader. Then again, its not so much what they are
>> reading i think as in the promotion of a license to kill in the name of islamism that
>> appeals to the ignorant flunkys kept down. They fall time and again for the ruse of
>> black lives matters that is used to sucker protesting voters to carry on the alinsky
>> leftist agenda. They are complete imbeciles. BTW, it used to be that black lives
>> matter was called the black liberation movement associated with the black panthers
>> and they too sponsored the killing of cops and whites and were anti-republican -
>> kind of like the new and improved reincarnation! The hill-bill-ary beast, scandal
>> queen of the west, is today popping pills and sighing in relief after her lies
>> dominated the news for weeks. She is so glad this race supremacy group is taking
>> up some of the news but she must not be forgotten along with her team of enabling
>> degressives. Keep it on the posts. Buy t-shirts and donate to the good organizations
>> involved in activism against the beast.
>>
>> 1  ∧  ∨  ·  Reply  ·  Share ›

 **IzlamIsTyranny** · 2 months ago

Ain't it hilarious how the enemedia doesn't bother to report the perp has a muslum name or had
connections to the NOI?

14  ∧  ∨  ·  Reply  ·  Share ›



**ad supply**

## The simple way to pay off credit card debt?

*Transfer your balance*

| Annual Fee | Intro Balance Transfer APR* |
| --- | --- |
| $0 | 0% |

**lendingtree**   **Compare Cards**

*For 18 Billing Cycles

**pizztov** ➜ IzlamIsTyranny · 2 months ago

IzlamIs, that's because the media doesn't want us to know that there is an islamic connection to this. This is against their narrative. This murderer was another muslim terrorist.

1 ^ | ⌄ · Reply · Share ›

**G P** · 2 months ago

Dallas Mass Cop Murderer was Follower of Nation of Islam

Like we didn't know this already. Every time I hear/see a news story about yet another islamic perp I wait for the "it was a lone gunman" routine but know it will be a muslim.

We're not safe here in the Antipodes either with more of them coming every day and we can't keep guns so I guess some ingenuity will need to be employed.

13 ^ | ⌄ · Reply · Share ›

    **s;vbkr0boc,klos;** ➜ G P · 2 months ago

    He was primarily a BLACK RACIST and black separatist. As for 'black separatist, I will only say - be careful what you wish for. There are millions ready to oblige you.

    1 ^ | ⌄ · Reply · Share ›



**Drew the Infidel** · 2 months ago

Why am I not surprised? With the obviously deliberate slow trickle of personal background on him being released balanced against the details of the search of his home I smelled a rat, just like I did concerning Orlando.

12 ^ | ⌄ · Reply · Share ›

**katzkiner** · 2 months ago

The Nation of Islam are some on the most evil deadliest Muslims around.
To learn the deep dark evil of their doctrine read the book "Zebra" by Clark Howard.
Or Google "Zebra Killings".
In the early seventies they had Death Angels all across USA. They were convicted of killing 70 people in California and suspected in the killing 240 people in California alone.
The Death Angels would kidnap a lone white person, either sex, any age chain him/her to a chair, pass out edged weapons and every Death Angel had to take a whack to kill him or her. Monstrous.
If they couldn't kidnap the victim they would shoot him/her usually with a .32 pistol.
They received more points toward Death Angel status by killing White females.
Black Muslims are taught that white people were created by an evil black scientist named Yacobe and since they were created in a laboratory and not by Alluah, they have no soul, it is no sin to butcher them or use them for "entertainment" purposes.
Our government suppressed this info to avoid the erasure of Black Muslims across America.
But if you dig into the doctrine of the Honorable Elijah Muhammad
you will find all the sickness there.
Remember this the next time you see Louis Faireycon's pious, divine carcass invoking G-d on Founders Day.

11 ^ | ⌄ · Reply · Share ›

    This comment was deleted.

    **Fred** ➜ Guest · 2 months ago

    Time to break out Old Sparky

    3 ^ | ⌄ · Reply · Share ›

       **IzlamIsTyranny** ➜ Fred · 2 months ago

      Riding the lightning: kills jihad dead on contact.

      1 ^ | ⌄ · Reply · Share ›

      **Bobby** ➜ Fred · 2 months ago

      Exactly.You are right on. Old Sparky!Electric chair.They will think twice before murdering someone. A great deterant to murder. Smoke coming out of them, suffering big, for a short time,what their victims did.They see and know that, they will have a serious fear of murdering. Not put to sleep like and old pet.Now you see 10-15 year to life sentences and early release. Even the false and satanic god of Islam followers, would, a lot. They are clueless that the Demos and muslims, who captured and sold them, were behind slavery. Muslims still are, the same since invented almost 1,400 years ago.Every time the Demos came into power, they


ad supply
**The simple way to pay off credit card debt?**
*Transfer your balance*

Annual Fee     Intro Balance Transfer APR*
$0     0%

lendingtree     Compare Cards

Case 3:16-cv-02010-L   Document 13   Filed 08/31/16   Page 19 of 39   PageID 166

"For 18 Billing Cycles"

1 ∧  ∨ • Reply • Share ›

**Pray Hard** ↱ Guest • 2 months ago

No such thing as Islamic Americans.

2 ∧  ∨ • Reply • Share ›

**NonIsImophobicAthiestPedoHater** ↱ Guest • 2 months ago

I Am Shocked and Disheartened At Learning That...(sarc off).

∧  ∨ • Reply • Share ›

**KimWilde** • 2 months ago

Now, anytime we hear about violent crime and the perps information isn't stated you know that they are black or mexican. If they're white it will be immediately stated that the shooting was by a right wing radical.

7 ∧  ∨ • Reply • Share ›

**Dr. Strangelove** • 2 months ago

It's a darn shame that only a few sites cover this news and most of the people- especially those who get their info from broadcast and cable TV- will never be exposed to the truth behind the execrable acts.

6 ∧  ∨ • Reply • Share ›

**Joy Daniels Brower** • 2 months ago

Why am I not surprised? I know that one of my earliest reactions when hearing the news last night was that this bore an uncanny resemblance to the usual tactics and m.o. of jihadists, although i didn't think that this particular killer was an Islamist himself. But he came pretty close - and, in fact, the Civil War that this ugly movement is feeding is becoming more plausible with each ugly attack on the citizens of this country!

6 ∧  ∨ • Reply • Share ›

 Michael Copeland ↱ Joy Daniels Brower • 2 months ago

"Lay ambushes for them, and go after them with every stratagem of war."
Koran 9:5

4 ∧  ∨ • Reply • Share ›

**michaelofsydney** • 2 months ago

America seems like a powder keg. I don't have television, but the little I understood, suggests cops murdered the dude in the car???? Is that true? It's little wonder that someone decides 'enough is enough', but gee, it would be so hard to be a cop in America. I also think it would often be pretty tough being black. Pretty soon though, it's gonna be tough to be anything but a Muslim.

5 ∧  ∨ • Reply • Share ›

**Joy Daniels Brower** ↱ michaelofsydney • 2 months ago

"The dude in the car" was not the innocent his girlfriend and mother have painted him out to be. Apparently, he has a wrap/rap sheet a mile long and has had a negative relationship with the authorities in times past. I heard some of that on Michael Savage yesterday.

2 ∧  ∨ • Reply • Share ›

**NonIsImophobicAthiestPedoHater** ↱ Joy Daniels Brower • 2 months ago

Then how did he pass muster for open carry?

I was also suspicious at the way the woman was calm enough to live cast the actual death of her "loved one" BUT "forgot" the fact that her 4 year old daughter may have been in the direct line of fire from the 9mm in the cop's hand. Never mentioned the 4 yr. old until she was outside ,face down.

1 ∧  ∨ • Reply • Share ›

**Duchess of Pork** ↱ michaelofsydney • 2 months ago

Always look beyond the lame stream media

https://theconservativetreehou...

∧  ∨ • Reply • Share ›

**durabo** • 2 months ago

Of course, not a word about his Nation of islam affiliation in the LameStream EneMedia.

3 ∧  ∨ • Reply • Share ›



ad supply

The simple way to pay off credit card debt?

Transfer your balance

Annual Fee
$0

Intro Balance Transfer APR*
0%

lendingtree    Compare Cards



**Drew the Infidel** → durabo · 2 months ago

Or any reports of anti-black tweets or other social media postings like the anti-cop ones.
Otherwise there would be no other news coverage of anything else.

1 ∧ · ∨ · Reply · Share ›

**luvourtroops** → durabo · 2 months ago

Not even FOX

∧ · ∨ · Reply · Share ›

**NonIsImophobicAthiestPedoHater** → luvourtroops · 2 months ago

Tell me it wasn't so? The media "missed that fact".

Gotta put a sarcasm key on this thing.

∧ · ∨ · Reply · Share ›

**dhd123** · 2 months ago

Hours before gunmen opened fire on police officers in downtown Dallas, killing five cops and
injuring seven others, Louis Farrakhan posted a message of hatred and violence against white
people on social media.

"When you are willing and not afraid anymore to pay the price for freedom — don't let this white
man tell you that violence is wrong," Farrakhan said. "Every damn thing that he got, he got it by
being violent — killing people, raping and robbing and murdering. He's doing it as we speak, and
then he has the nerve to come and tell us that violence and hatred won't get it. Don't buy that!"

Speaking about white people as one entity, Farrakhan proclaimed, "He is worthy to be hated." He
also claimed that "God hates," and man is no better than God.

The shocking video was posted on Twitter at around 5 p.m. on Thursday
http://www.allenbwest.com/mich...

People wonder why there is so much hate right now. Things like this do nothing more than incite
more hatred and violence and it is just plain sickening. Maybe he should be arrested, I know i'm all
for it.

2 ∧ · ∨ · Reply · Share ›

**REM1875** · 2 months ago

Saint Micah X. Johnson?
I kinda doubt it.
Takes a special sort of person to spend 6 years in the reserve and make it all the way up to PFC.

2 ∧ · ∨ · Reply · Share ›

Load more comments

✉ Subscribe    ⓓ Add Disqus to your site Add Disqus Add    🔒 Privacy



ad supply

The simple way to pay
off credit card debt?
Transfer your balance

Annual          Intro Balance
Fee             Transfer APR*

$0              0%

lendingtree     Compare Cards

Case 3:16-cv-02010 The Daily Caller - http://dailycaller.com 21 of 39   PageID 168

Baton Rouge Shooter Gavin Eugene Long Was Nation Of Islam Member, Railed Against 'Crackers' On YouTube Channel [VIDEO]

Posted By <u>Chuck Ross</u> On 6:38 PM 07/17/2016 In | <u>No Comments</u>

A Youtube account operated by Gavin Eugene Long and discovered by The Daily Caller reveals key insight into what might have motivated the 29-year-old black man who killed three Baton Rouge police officers Sunday morning.

Videos on Long's account show that he was a former Nation of Islam member. He also ranted against "crackers" and made references to Alton Sterling, the black man killed by police in Baton Rouge on July 5.

Other information about Long shows that the Kansas City native, <u>who CBS reported</u> was honorably discharged from the Marines in 2010, went by the name Cosmo Ausar Setepenra.

<u>In one video</u> filmed from Houston and posted to Long's Youtube account on July 12, the suspected gunman discusses being in the Marines and reaching the rank of E-5.

Long, who was reportedly carrying a rifle and wearing all-black attire when he confronted police, posted several videos within recent weeks discussing various police-involved shootings.

"If I would have been there with Alton — clap," Long says in a video posted on July 14.

**Update:** *Youtube has removed videos from Long's account, citing copyright infringement.*



In the video, Long met with several men he seemed to not have known prior to their encounter. He promotes a book he wrote and discusses black liberation ideology.

[dcquiz] "I wrote it for my dark-skinned brothers," Long said of his book.

"If you look at all the rebels like Black Panthers, Huey P. Newton, Malcolm X...Elijah Muhammad, they was light-skinned. But we know how hard y'all got it," Long continued.

Phone numbers on buildings in the video show that it was filmed in Baton Rouge. Calls placed to the

numbers were not answered because they were out of service.

"I just got here I'm not really into the protesting. I do education because that's our real freedom," he is heard telling two men in the video.

He called protesting "emotional" and "for the women."

In the video Long is heard lamented "working for the white people." He encouraged one man riding in his vehicle as he filmed using a body camera to shop only at black-owned businesses. He brought up a hypothetical scenario in which a family member who wanted to buy carpet was forced to buy from non-black business owners.

"Who's she going to fuck with? The cracker, the Arab, the Chinese," Long says in the video.

"These Arabs, these Indians, they don't give two fucks about us."

Law enforcement officials said Sunday that the shooting does not appear to have been race-related. At least one of the officers killed in the attack was black. Officials are still investigating whether Long acted alone. Initial reports said that three men may have been involved.

Long also appears to have been in Dallas in the days after Micah X. Johnson killed five police officers during protests there earlier this month. Like Long, Johnson had also served in the military and was affiliated with the radical black liberation movement.

"It's justice. You know what I'm saying?" Long said in one video defending Johnson's attack.

*Gavin Eugene Long. (Youtube screen grab)*

"If I'm peaceful protesting…I know they would try to arrest me, and I would die right there because you're not going to kidnap me. I know my rights, but I stand on my rights. That's what separates me, that's why they're afraid of me," he says in his video from Dallas.

In other recordings Long analyzed the case of Sandra Bland, the black woman who was arrested by a Texas highway patrolman last year and killed herself in jail three days later.

Another video on Long's Youtube account is of a man named Myron May discussing a conspiracy theory called gang-stalking.

People who believe they are victims of gang-stalking — they call themselves "targeted individuals" — believe that groups of government agents are tracking them at all times and attempting to manipulate their actions.

In Nov. 2014 May shot three people at the Florida State University library before being fatally shot by police. It was later revealed that May, who was black, believed that he was being stalked by government agents.

Long believed he was also a "targeted individual." In one Internet posting discussing gang-stalking, Long offered what he said were solutions for people who believed they were victims of gangstalking.

He wrote:

Lets all start:
1. Wearing Body Camera's

2. Before you move into neighborhood, put every house on notice to what gang stalking is with link's to websites & videos & program names. And Let them know your situation, standing & your philosophy on life

3. Start telling the companies's, worker's, & managers & owners that we are going to expose your

involvement and rate your poor performances & games on the internet on sites like Yelp, Google Map's & the Yellow Pages etc. as horrible service & accessories to Gang Stalking. (Not only will this spread the word to others who view the businesses, but will inform fellow T.I.s as well)

Long, who operated a self-motivation website called "Convos with Cosmo," also appears to have tweeted hours before the attack unfolded.

In one video posted in recent weeks, Long left a cryptic message that may have foretold Sunday's attack. And though he said he was once a member of the Nation of Islam, the radical sect led by Louis Farrakhan, Long also said that he had no affiliations with outside groups. **(RELATED: Former Prosecutor Sues Obama, Al Sharpton For Inciting A Race War)**

"I thought my own thoughts. I made my own decisions. I'm the one who's got to listen the judgement. That's it. And my heart is pure," he said.



"If anything happens with me, because I'm an alpha male, I stand up, I stand firm, I stand for mine, until the end," he said.

"Yeah, I also was a Nation of Islam member. Don't affiliate me with it. Don't affiliate me with anything."

Law enforcement officials have reportedly said that Long was a member of a sovereign citizen movement. The Wall Street Journal reported that he was a member of a group called the New Freedom Group. There are no references to the group online.

Long's Youtube account reveals at least some interest in the sovereign citizen movement. He "liked" a video from sovereign citizen activist Larken Rose entitled "When Should You Shoot A Cop?"

*This post has been edited for clarity.*

*Follow Chuck on Twitter*

Article printed from The Daily Caller: **http://dailycaller.com**

URL to article: **http://dailycaller.com/2016/07/17/baton-rouge-shooter-gavin-eugene-long-was-nation-of-islam-member-railed-against-crackers-on-youtube-channel-video/**

Copyright © 2011 Daily Caller. All rights reserved.

# Witness heard Bristol gunman yelling, 'Police suck! Black lives matter!' as he opened fire

POSTED 8:11 PM, JULY 8, 2016, BY CNN WIRE



🔒 (http://www.cnn.com/privacy.html)

**The requested video is no longer available. We recommend the following stories...**



○  ○ ○ ○  ○

Before the mass shooting of police officers and civilians in Dallas Thursday night, another threat to police played out that morning in Bristol, Tennessee, near the Virginia border, killing one woman and wounding three others, including a police officer.

A suspect, armed with two guns and a large amount of ammunition, began firing shots at motorists and at a Days Inn hotel along Volunteer Parkway, according to the Tennessee Bureau of Investigation. The TBI has identified the gunman as 37-year-old Lakeem Keon Scott.

A law enforcement official told CNN that when police pulled up, Scott managed to move to a position behind the officers and began firing at them, striking one of them.

The TBI says the preliminary investigation reveals Scott may have targeted individuals and officers after being troubled by recent incidents involving African-Americans and law enforcement officers in other parts of the country. Investigators spoke to Scott Friday morning in the hospital.

According to the police report of the incident, witnesses heard a gunman yelling, "Police suck! Black lives matter!" around 2 a.m. ET, as he opened fire, the law enforcement official said. Police say the gunman killed one woman (a female newspaper carrier) and wounded three others, including the police officer.

Scott was also wounded in an exchange of gunfire with police. He was transported to the hospital where he remains in serious but stable condition, according to the TBI.

The officer who was shot was transported to the hospital with non-life-threatening injuries.

The law enforcement official told CNN Scott was found with two firearms, a .45 caliber pistol and an AR-15 rifle. A third firearm, a Mossberg shotgun, was found at his home. The official says investigators also found Black Lives Matter materials in his home.

Police believe he was trying to draw cops in for a confrontation, according to the official.

Also Thursday, the New Orleans division of the FBI notified local police departments of social media postings with threats to law enforcement in the state and concerns regarding the safety of the general public following the shooting by police in Baton Rouge.

Among the posts, one said, "Rule 1 Must kill every Police!!!! Copy and paste so no one in your family be purge."

Col. Mike Edmondson, the superintendent of Louisiana State Police, told CNN's Nick Valencia that authorities learned of the post Thursday and did not believe at the time there was any real threat.

"I have been following up on it. Nothing to it at this point," Edmondson said, adding, "We are prepared, though."

**RELATED STORIES**

**1 killed, 4 injured after gunman shoots at motel, drivers on Volunteer Parkway in**

Follow

**Follow "WTVR.com"**

Get every new post delivered to your Inbox.

Join 5,752 other followers

Enter your email address

Sign me up

Build a website with WordPress.com



NEWS

Alabama

# Tennessee highway gunman kills 1, injures 3, motivated by police shootings, authorities said



By **Mark Heim | mheim@al.com**
**Email the author**  |  **Follow on Twitter**
on July 08, 2016 at 2:21 PM, updated July 08, 2016 at 4:51 PM

**232 Comments**

A man opened fire on a highway in Tennessee because he was troubled by incidents involving black people and law enforcement officers, authorities said on Friday.

In a news release, the Tennessee Bureau of Investigation said initial conversations with the suspect, identified as Lakeem Keon Scott, revealed he was troubled by incidents across the U.S.

The Tennessee Bureau of Investigation said Scott is black, while the shooting victims are white.

Investigators say Scott killed one person and wounded three others, including a police officer.

Jennifer Rooney, a Bristol Herald Courier newspaper carrier, was killed after being shot while driving in her vehicle on Volunteer Parkway.

Officer Matthew Cousins sustained a wound to the leg, but was treated and released from a local hospital.

**According to WJHL**, Scott had two guns early Thursday morning when he shot at a motel in Bristol, Tennessee, and then shot at several passing cars. When he was confronted by police, he fired at the three officers who responded.

Scott was shot by the officers and is being treated at a hospital. He has not yet been charged.

In the span of four days, two black men are dead at the hands of police and the country is wrapping its collective head around the deadliest day for U.S. law enforcement since 9/11.

Shootings in Louisiana, Minnesota and Texas are all in the initial investigation stages.

In Baton Rouge, **Alton Sterling, 37, was fatally shot Tuesday** during a struggle with two police officers outside of a convenience store where he was selling CDs.

**Philando Castile, a black 32-year-old cafeteria supervisor at a public school,** was shot Wednesday night in suburban St. Paul, Minnesota, during a traffic stop that involved two officers.

In Dallas, **five police officers were fatally shot** and seven were injured when shots were fired during Thursday night's downtown protest over the deaths of Sterling and Castile. Two civilians were also injured.

*(The Associated Press contributed to this report)*

---

Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

© 2016 Alabama Media Group. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Alabama Media Group.

**Community Rules** apply to all content you upload or otherwise submit to this site.

▷ **Ad Choices**

# Boy, 17, charged with trying to shoot and kill four Lancaster County police officers

 

Trentan Nace, left, and Marquell Rentas *(submitted)*



By **Joe Elias | jelias@pennlive.com**
**Email the author** | **Follow on Twitter**
on July 30, 2016 at 10:18 AM, updated August 01, 2016 at 7:56 PM

**UPDATE: 'I hate cops': What do social media, relatives reveal about would-be police assassins?**

A 17-year-old boy has been charged with attempting to **shoot and kill four police officers in Columbia**, Lancaster County early Friday morning.

After he was found and taken into custody, Marquell Rentas, 17, of Walnut Street in Columbia, told police "I was shooting at you, F-you, police," Lancaster County District Attorney Craig Stedman said during a news conference on Saturday morning.

Stedman said the incident was "senseless" and "the facts are chilling."

A second man, Trenton Nace, 18, of Lancaster Avenue in Columbia, has been charged with helping Rentas carry out the shootings. Stedman said Nace was handing bullets to Rentas and picking up the spent shell casings.

Nace told investigators that Rentas repeatedly said "F-them" as he was firing at the responding officers, Stedman said

Officers were called to the area of the 100 block of Bethel Street just before 3:30 a.m. after receiving a call about shots fired.

More than a half dozen shots were fired at officers responding to the scene. The shooting stop at about 4:10 a.m., residents of the surrounding neighborhoods were asked to shelter in place until about 8:30 a.m. No injuries were reported.

"What's clear is, as the police officers arrived, they are the intended targets," Stedman said.

 **Heavy sleepers missed all the excitement in Lancaster County neighborhood**

Officers from Columbia and East Hempfield and West Hempfield townships responded to the scene, followed by members of the county special emergency response team.

Both Rentas and Nace have been charged with four counts of attempted homicide of a law enforcement officer, aggravated assault, assault of a law-enforcement officer, conspiracy and reckless endangerment.

Rentas, who has been charged as an adult, is also charged with possession of a firearm by a minor. Rentas was firing a sniper-style rifle out of the an upstairs bedroom window of the home, where he was house-sitting for a relative, Stedman said.

Stedman said Rentas used a small caliber, high velocity ammunition in the shootings.

Stedman added that Rentas' family was helpful in during the investigation, including providing a key so officers could enter the home where he was found.

Both Rentas and Nace have been placed in the Lancaster County Prison on $2 million bail, according to the district attorney's office.

"It's amazing that we don't have multiple dead police officers," Stedman said.

 **20 OD on synthetic marijuana in 2 days in Harrisburg area**

Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

© 2016 PA Media Group. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of PA Media Group.

**Community Rules** apply to all content you upload or otherwise submit to this site.

▷ **Ad Choices**

Keep up with the news by installing RT's extension for Chrome. Never
miss a story with this clean and simple app that delivers the latest
headlines to you.

QUESTION MORE          LIVE

00:35 GMT, Sep 01, 2016


AEROFLOT          more than **300**    more tha
Russian Airlines        destinations        **60**
                        *including regular flights of PJSC «Aeroflot», subsid

Home / America /

# PA mom blames Black Lives Matter for son shooting police

Published time: 3 Aug, 2016 04:14
Edited time: 24 Aug, 2016 07:42



People hold up a banner during a Black Lives Matter protest outside City Hall in Manhattan,
New York, U.S., August 1, 2016 © Andrew Kelly / Reuters

◁ **1.1K**

The mother of a teen who shot at police officers while with his cousin, said that they
had been "doing what Black Lives Matter wanted them to do."

**Read more**

Police in Pennsylvania were responding to
gunshots Friday morning when their vehicle

Case 3:16-cv-02010-L    Document 19    Filed 08/31/16    Page 31 of 39    PageID 178



came under fire by two teenagers. The teens ... rested on Tuesday, The mother of one ... lack Lives Matter at least partially responsible.

"*They are in jail for doing what Black Lives Matter wanted them to do: shoot at cops,*" Luz Rentas said in a statement to several media outlets, Associated Press reported. "*The truth is that these are two punk kids following the orders of an irresponsible organization and*

2 'Black Lives Matter' protests cost Phoenix taxpayers nearly $250k – police

*now they're gonna pay for it.*"

Marquell Rentas, 17, and Trenton Nace, 18, are cousins facing serious charges, including attempted homicide of a law enforcement officer. They were arrested after officers received a report of a shooting at a cemetery in Columbia, just before 3:30 am on Friday, according to the AP.

The 17-year-old Rentas reportedly told officers, "*I was shooting at you,*" when he was arrested.

District Attorney Craig Stedman seemed to agree with the mother, saying, "*There's a lot of rhetoric demonizing police. It creates greater a chance to have individuals emboldened to take violent actions out on police.*"

The local Black Lives Matter chapter rejects Luz Rentas' accusations, saying the group does not endorse violence as means to accomplish their goal of ending police brutality.

Kevin Ressler, pastor and co-organizer of Lancaster's Black Lives Matter chapter, said Rentas reached out to him on Monday night via Facebook and had a lengthy conversation. He hopes to meet with her and the teens to discuss how to better serve young African-American men.

"*Hopefully we can take this near-tragic circumstance and try to figure out what positive can come from it,*" he said, AP reported.



# Suspect in trooper's death was a 'Black Lives Matter' backer

BY NINA GOLGOWSKI

NEW YORK DAILY NEWS     Monday, September 14, 2015, 7:09 PM



(KENTUCKY STATE POLICE)



(BIG'MIKE JR BROWN VIA FACEBOOK)

Joseph Thomas Johnson-Shanks, left, who is suspected of fatally shooting a Kentucky state trooper, was a 'Black Lives Matter' advocate who protested following Michael Brown's shooting death.

A Missouri man suspected of fatally shooting a Kentucky state trooper was an active supporter of the "Black Lives Matter" movement who advocated against violence, a Facebook page shows.

Joseph Thomas Johnson-Shanks, who was shot dead by police Monday morning, appears to have regularly posted videos and articles on police shootings under the pseudonym "Jay MileHigh," Vocativ reported.

On that Facebook page, photos appear to show the 25-year-old St. Louis man attending a funeral service for Michael Brown, who was shot dead by a Ferguson police officer in 2014. It also shows him attending local protests in the days and weeks after.

In several photos, Johnson-Shanks is seen with his hands raised in the air with the caption, "hands up don't shoot" — a phrase that originated from the unarmed teen's death.

Case 3:16-cv-02010-L   Document 13   Filed 08/31/16   Page 33 of 39   PageID 180

"Some of y'all don't understand the more violence that occurs is less justice for Mike Brown the focus should be on him," he posted on a "Justice for Mike Brown" Facebook page on Aug. 14, 2014, one week after Brown's death.

While at times urging calm, his page also shared news reports and videos claiming to capture "police brutality." One such video was classified, allegedly by Johnson-Shanks, as being a "pure example of our Protectees (Police)."

Despite his anti-violent posts, a little more than a year later, Johnson-Shanks would meet the same fate as Brown.

Kentucky state police say he led a trooper on a high-speed chase Sunday night before stopping short and shooting Trooper Joseph Cameron Ponder multiple times.

He then abandoned his vehicle and fled the scene on foot, leading to a manhunt that ended in him being cornered by police.



Armed officers are seen attending a demonstration against Brown's 2014 shooting death in Ferguson, Mo. Johnson-Shanks appears to have criticized the violence that followed Brown's death. (SCOTT OLSON/GETTY IMAGES)

When he refused to drop his weapon and instead aimed it at responding officers, they opened fire. He was pronounced dead in a hospital roughly an hour later, police said.

In an ironic twist, in a post last August Johnson-Shanks defended officers' use of a firearm when confronted with an armed suspect.

"Come on y'all shooting at legs A RISK Tasers DONT WORK ON EVERYBODY AND EVERY COP DOESN'T HAVE A TASER pepper spray CROWD CONTROL come on now let's be REAL someone walks up on YOU with a knife what are you going to DO... MACE TASE OR SHOOT," the Aug. 21, 2014 post reads.

Exactly what sparked Sunday's deadly shooting remains under investigation.

State police have since said that Ponder was taken on a high-speed chase after an initial stop where he offered to help Johnson-Shanks find a hotel for the night. That followed the discovery that the driver's license was suspended.

Authorities have said that two woman and two children were in the car with Johnson-Shanks when he killed the trooper.

Case 3:16-cv-02010-L   Document 13   Filed 08/31/16   Page 34 of 39   PageID 181

Among those four, his 18-year-old niece was arrested and charged with first-degree hindering prosecution or apprehension. The other three were questioned and then released, police said.



Police say Johnson-Shanks fatally shot Kentucky State Trooper Joseph Cameron Ponder, 31, after a traffic stop Sunday night. (KENTUCKY STATE POLICE)

© 2016 New York Daily News

# The Beltway Snipers' Motives

**by Daniel Pipes**
**Aug 19, 2003**
updated Jun 15, 2006
http://www.danielpipes.org/blog/2003/08/the-beltway-snipers-motives

When the Washington-area snipers were caught in October 2002, I criticized the media in "The Snipers: Crazy or Jihadis?" for tip-toeing around the possible Islamist motives of the two suspected perps, John Allen Muhammad and Lee Malvo, and instead insisting on alternate explanations for their actions (making a quick buck, family problems, "stark realization" of loss and regret, a desire to "exert control" over others, Muhammad's relationship with Malvo, and so on). The operational sentence in my article was:

> when Muslims engage in terrorism against Americans, the guiding presumption must be that they
> see themselves as warriors in a jihad against the "Great Satan."

Today comes news from the *Washington Post* confirming my hypothesis:

> Prince William County prosecutors allege that sniper suspect John Allen Muhammad said "America
> got what it deserved" in the Sept. 11, 2001, terrorist attacks and that he has expressed other anti-
> American and racist views.

As I keep saying until I'm sometimes blue in the face: The United States can win this war only if Americans forthrightly recognize who their enemy is. (August 19, 2003)

**Sept. 3, 2003 update:** *The Washington Post* reports today that Malvo told a Maryland police officer, Cpl. Wayne Davis, that "one reason for the shootings was that white people had tried to harm Louis Farrakhan, leader of the Nation of Islam."

**Oct. 14, 2003 update:** Evidence has emerged linking Washington sniper John Allen Muhammad, reports London's *Evening Standard* today, with Al-Fuqra, the violent Islamist organization with a history of violence on U.S. soil and also linked to shoe bomber Richard Reid and the murderers of Daniel Pearl. Investigators are said to suspect that Muhammad is "an Islamic terrorist and believe his insanity plea is a cover story to disguise his support for fundamentalists." The report even connects Muhammad's actions to 9/11, noting that "He bought his Chevrolet Caprice car used in the attacks on the first anniversary of the September 11 attacks."

**Oct. 23, 2003 update:** This report in today's *Seattle Post-Intelligencer* adds a worrisome new dimension to John Allen Muhammad's possible motives:

> FBI agents with the Joint Terrorism Task Force made a chilling discovery in a South King County
> storage locker last week: a small arsenal of weapons including the same model rifle used last year in
> random killings around the nation's capital.

> The cache of weapons belongs to James Wilburn of Seattle, who according to court records, has a
> long history of federal firearms convictions. Agents and the U.S. Probation Office have uncovered
> some alarming parallels between Wilburn — who is behind bars after being arrested last month on a
> probation violation — and alleged D.C. sniper John Allen Muhammad.

> Like Muhammad, Wilburn, 51, is a convert to Islam. In addition to having the same model rifle
> allegedly used in the Washington, D.C.-area shootings, Wilburn, like Muhammad, has had a long-
> documented fascination with firearms. And Wilburn recently traveled to Virginia Beach, Va., where
> Muhammad is on trial, federal criminal justice sources said.

> Among the items found in the storage locker: a sniper outfit, a range-finder scope, silencers, gas
> masks, road spikes, knives, guns and "a black leather bag full of ammo," according to an affidavit

filed Case 3:16-cv-02010-L Document 13-the Filed 08/31/16 terrorists of an Page 36 of 39 PageID 183

We have assumed that Muhammad acted alone; could it be that he was part of an organized effort?

**Oct. 31, 2003 update:** The James Wilburn angle gets ever-more worrisome, the *Seattle Post-Intelligencer* reports today. FBI Special Agent Fernando Gutierrez paraphrases Wilburn in an affidavit saying that Wilburn "agrees with the actions of the September 11, 2001, terrorists, and that he wishes a full terrorist attack would occur in Seattle." To make matters worse, Wilburn is a suspect in the mysterious death on Sept. 23, 2003 of his girlfriend, Joleen Abbott, in Virginia Beach, Va., the same town where John Allen Muhammad, the D.C. sniper, is on trial for murder. "Wilburn fits the profile of a lone-wolf type of terrorist similar to the D.C. sniper," Gutierrez noted in his affidavit. One wonders how many more such individuals are on the loose out there.

**Dec. 5, 2003 update**: Lee Malvo's defense (yes, defense) team introduced more than 80 drawings, an essay, and other writings that their client produced during his time in jail during his first year of captivity. (I reproduce one of them, of Osama bin Laden, "Servant of Allah," here.) The pictures, a good number of which deal with Islamic topics, can be seen at the court's website. As described by the Associated Press, here are some details:



Lee Malvo's jailhouse picture of Osama bin Laden

- The World Trade Center with a jet flying into it and the caption, "You were warned."

- A detailed depiction of the White House in crosshairs. "You will weep and moan & MORN. You will bleed to death. little by little. Your life belongs to Allah. HE will deliver you to us," reads an inscription above the White House drawing. To one side of the crosshairs, it says, "Sept. 11 we will ensure will look like a picnic to you. "

- Drawings and notes calling for jihad.

- Drawings of Louis Farrakhan, Osama bin Laden, Saddam Hussein, and Muammar Qaddafi.

**May 24, 2006 update**: The snipers are back in the news, now that John Allen Muhammad is on trial in Montgomery County, Maryland, and Lee Boyd Malvo is for the first time testifying against him. Malvo had much to say during his five hours of testimony, including these points, quoted from a *Washington Post* report:

- Muhammad's ultimate goal was to indoctrinate 140 young homeless men at a compound in Canada who would "shut things down" in cities across the United States, Malvo testified.



John Allen Muhammad on trial.

- Muhammad introduced Malvo to the Nation of Islam and spoke to him about race and socioeconomic disparities. "The white man is the devil," Malvo said, summing up Muhammad's thinking.

- Under Muhammad's tutelage, Malvo began a strict diet that involved taking 72 vitamins and eating only one meal a day.

- Malvo said Muhammad told him he intended to recover his children, who were taken from him after he kidnapped them for 18 months. "No white man in a black robe is going to tell him when and where and

why Case 3:16-cv-02010-L"  Document 13-1  Filed 08/31/16   Page 37 of 39  PageID 184

- The Sept. 11, 2001, attacks had a considerable impact on Muhammad. "He said bloodshed begets bloodshed," Malvo said, summarizing Muhammad's reaction. "It's a process. America began this. Osama bin Laden didn't develop in a vacuum."

- During summer 2002, Malvo said, Muhammad told him about the two-pronged scheme he had designed to terrorize the nation's capital. Phase one was the month of random shootings. The next stage, which was intended to heighten the terror, involved setting explosive devices—which Muhammad told Malvo he had learned to use in the military—to kill massive numbers of children in the Baltimore area, Malvo testified.

- Muhammad believed Montgomery County was the ideal place to unleash the terror, Malvo testified, because it was affluent and predominantly white.

The *National Post* adds:

- Malvo said Muhammad told him, "We are going to go to the Washington, D.C., area, and we are going to terrorize these people," relating how Muhammad hated America for its "slavery, hypocrisy [and] foreign policy."

*Comment*: The only item in this list of Islamic, Islamist, and Nation of Islam influences that requires explanation is the strict diet of only one meal a day. This derives from Nation of Islam practices as explained in a two-volume book by Elijah Muhammad, *How to Eat to Live* (Atlanta: Messenger Elijah Muhammad Propagation Society, 1967-72), which set out his very detailed (and very un-Islamic) notions concerning food. Operating on the assumption that "the less you eat the longer you live" (vol. 2, p. 176), Elijah Muhammad demanded that members of the Nation of Islam eat only once a day, in the late afternoon. He even recommended that they eat not more than once every two, three, or even seven days. NoI followers who follow this diet, he insisted, can live a thousand years. Also, any sickness can be cured by abstaining from food: "Fasting is one of the greatest 'doctors' we have." In other words, John Allen Muhammad was here echoing the classic NoI viewpoint.

**Nov. 19, 2007 update**: The Site Intelligence newsletter (not accessible online) *inSite* provides many details of jihadis discussing J.A. Muhammad as a lone wolf Islamist terrorist.

**Nov. 11, 2009 update**: John Allen Muhammad was executed by lethal injection this evening at 9:08 at the Greenville Correctional Center in Virginia. The remarkable thing about the coverage is how the words *jihad* and *Islam* did not come up. Take the CNN report by Jeanne Meserve, "Sniper John Allen Muhammad executed": we learn that he professed his innocence to the end and referred to his "innocent black ass," that he opted not to meet with a spiritual adviser before going to his execution, that his last meal consisted of chicken, red sauce, and cakes, that one of his lawyers called Muhammad a "severely mentally ill man who also suffered from Gulf War Syndrome," that one of his two ex-wives considers herself Muhammad's real target, that he did not make a last statement, and that he died "very peacefully."

*Comment*: Muhammad died as he lived, in a fog of denial about his motives.

--------------------------------------------------------------------------------

**Related Articles:**

- Faisal Shahzad, Jihadi, Explains Terrorism
- The Snipers: Crazy or Jihadis?
- [Beltway Snipers]: Converts to Violence?

RECEIVE THE LATEST BY EMAIL: SUBSCRIBE TO DANIEL PIPES' FREE MAILING LIST

*The above text may be reposted, forwarded, or translated so long as it is presented as an integral whole with complete information about its author, date, place of publication, as well as the original URL.*

# EXHIBIT B

 Gmail

**Oliver Peer <oliver.peerfw@gmail.com>**

## Fwd: Vonage Visual Voicemail from 12342289356 - New Voicemail Received

**Dina James** <daj142182@gmail.com>                        Wed, Aug 24, 2016 at 3:14 PM
To: Oliver Peer <oliver.peerfw@gmail.com>

larry wants you to have this . . .

it's pretty nasty FYI. just hit "play" on the audio.

---------- Forwarded message ----------
From: <12342289356@vm.vonage.com>
Date: Thu, Jul 14, 2016 at 6:00 PM
Subject: Vonage Visual Voicemail from 12342289356 - New Voicemail Received
To: daj142182@gmail.com, leklayman@gmail.com

Date  : Jul 14 2016 05:59:59 PM

From : Bennett Andrew (12342289356)

To      : Larry Klayman (13522749359)

"[...] you cracker [...] you broke with the black Panthers and the black lives matter and all black people in this country. God probably alone. You should be worried(?) about the say that you whole goddamn family."

--- Brought to you by Vonage ---

This email was sent from a mailbox that does not accept replies.

 Vonage®

If you require assistance from Customer Care, please visit our Contact Us page at https://support.vonage.com/app /contact_us

Vonage would like to know what you think about this Vonage Visual Voicemail message.

Was this transcribed message useful?

yes

no

🎵 **voice-message.wav**
    168K