IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LARRY KLAYMAN,

Plaintiff,

v.

BARACK HUSSEIN OBAMA, *et al.*,

Defendants.

Civil Action No. 3:16-CV-2010-L

**<u>THE UNITED STATES OF AMERICA'S MOTION TO DISMISS</u>**

The United States of America respectfully moves this Court to dismiss all of the claims and causes of action now pending against it as a result of the Notice of Substitution filed contemporaneously with the instant motion pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons stated in the Brief in Support of the United States of America's Motion to Dismiss, filed contemporaneously herewith in accordance with Local Civil Rule 7.1, the United States respectfully requests that the Court grant its Motion to Dismiss and dismiss Plaintiff's Complaint in its entirety pursuant to Rules 12(b)(1) and 12(b)(6).

Respectfully submitted,

JOHN R. PARKER
United States Attorney

/s/ Kenneth G. Coffin
Kenneth G. Coffin
Assistant United States Attorney
Texas Bar No. 24076986
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8646
Facsimile: 214-659-8807
Kenneth.Coffin@usdoj.gov

*Attorneys for the United States of America*

Certificate of Service

On September 19, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Kenneth G. Coffin
Kenneth G. Coffin
Assistant United States Attorney