**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

DEMETRICK PENNIE, et al.,

Plaintiffs,

v.

BARACK HUSSEIN OBAMA, et al

Defendants.

Civil Action No.: 3:16-cv-02010-L

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS OBAMA, HOLDER, AND UNITED STATES OF AMERICA'S MOTION TO DISMISS**

Plaintiffs Demetrick Pennie and Larry Klayman ("Plaintiffs") hereby respectfully submits this Motion for Extension of Time to File an Opposition to Defendants Barack Obama, Eric Holder, and United States of America's ("Federal Defendants") Motions to Dismiss, filed on September 19, 2016. (Docket Nos. 21-24).

Plaintiff requests this Court grant the requested 21-day extension of time, until and including November 1, 2016, to file Plaintiff's Opposition to Defendant's Motion to Dismiss. Plaintiff has been short staffed during the summer vacation season and the associate assigned to this matter recently suffered a serious hand injury, which may require surgery, or at minimum extended casting time.

Pursuant to Local Rule 7.1, Plaintiff has sought consent from opposing counsel, Kenneth Coffin, who has consented to only a seven (7) day extension. A seven (7) day extension is inadequate due to the staffing issues detailed above, and the large number of co-Defendants in this matter that have filed Motions to Dismiss that Plaintiff must oppose.

WHEREFORE, Plaintiff respectfully requests until and including November 1, 2016 to oppose Federal Defendant's Motion to Dismiss.

Dated: October 11, 2016

Respectfully submitted,

*/s/ Larry Klayman*

Larry Klayman, Esq.
Freedom Watch, Inc.
2020 Pennsylvania Ave N.W. #345
Washington, D.C. 20006
Tel: (561) 558-5336
Email: leklayman@gmail.com

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(b), Plaintiff engaged in a conference with Federal Defendants' counsel to determine whether Federal Defendants opposed Plaintiff's Motion for Extension of Time. Plaintiff sought consent via e-mail on October 9, 2016 and counsel for Federal Defendants, Kenneth Coffin, responded on October 10, 2016, agreeing to stipulate to only a seven day extension. Plaintiff's Motion for Extension of Time is therefore opposed.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR EXTENSION OF TIME was filed electronically and served through the court's ECF system to all counsel of record or parties on October 11, 2016.

*/s/ Larry Klayman*
Attorney