**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

DEMETRICK PENNIE, et. al,

Plaintiffs,

v.

BARACK HUSSEIN OBAMA, et al

Defendants.

Civil Action No.: 3:16-cv-02010-L

**(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS OBAMA, HOLDER, AND UNITED STATES OF AMERICA'S MOTIONS TO DISMISS**

Plaintiffs' Motion for Extension of Time to File Response to Defendants Barack Obama, Eric Holder, and United States of America's Motions to Dismiss until, and including, November 1, 2016 is hereby GRANTED.

______________________
DATE

__________________________________
Hon. Sam. A. Lindsay