**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LARRY KLAYMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BARACK HUSSEIN OBAMA, *et al.,*<br><br>Defendants. | Civil Action No. 3:16-CV-2010-L |

**MOTION TO DISMISS OF DEFENDANT MALIK ZULU SHABAZZ, ESQ**

Defendant Malik Zulu Shabazz, Esq. respectfully moves this Court to dismiss all of the claims and causes of action asserted by Plaintiffs Larry Klayman and Demetrick Pennie (hereinafter, “Plaintiffs”) against Mr. Shabazz in the Amended Complaint, dated September 16, 2016, pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/S/Malik Z. Shabazz, Esq./s/
6411 Ivy Lane #402
Greenbelt, MD 20770
Telephone: (301) 513-5445
Fax: (301) 513-5447
Attorney.shabazz@yahoo.com

*Pro Se Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2016, I electronically filed this Motion to Dismiss and the Brief in Support of Malik Zulu Shabazz's Motion to Dismiss with the Clerk of the Court utilizing the CM/ECF system which will send a notice of electronic filing to all counsel of record.

___ /s/Malik Z. Shabazz /s/__

Malik Zulu Shabazz