| LARRY KLAYMAN, *et al.*, | |
|---|---|
| Plaintiffs, | |
| v. | Civil Action No. 3:16-CV-2010-L |
| BARACK HUSSEIN OBAMA, *et al.*, | |
| | **Defendants.** |

**DEFENDANT MALIK ZULU SHABAZZ AFFADAVIT**

I, Malik Zulu Shabazz, hereby certify and affirm, that I am not the chairman or leader of the New Black Panther Party. I affirm that I have not been the chairman of the New Black Panther Party since October, 2013.

Under penalty of perjury

/s/Malik Zulu Shabazz/s/
Malik Zulu Shabazz