●●●●○ Verizon LTE 11:19 PM 21%
Personal Hotspot: 2 Connections
en.m.wikipedia.org

# Malik Zulu Shabazz

文A

| Malik "Zulu" Shabazz | |
|---|---|
| **Born** | Paris Lewis<br>1966 (age 49–50)<br>Los Angeles, California, U.S. |
| **Occupation** | Lawyer, political activist, lecturer |

**Malik Zulu Shabazz** (born **Paris Lewis** in 1966)[1] is an American attorney and former National Chairman of the New Black Panther Party. As of 2013, he is the current National President of Black Lawyers for Justice, which he co-founded.