**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DEMETRICK PENNIE and LARRY KLAYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS FARRAKHAN, NATION OF ISLAM, REVEREND AL SHARPTON, NATIONAL ACTION NETWORK, BLACK LIVES MATTER, RASHAD TURNER, OPAL TOMETI, PATRISSE CULLORS, ALICIA GARZA, DERAY MCKESSON, JOHNETTA ELZIE, NEW BLACK PANTHERS PARTY, MALIK ZULU SHABAZZ, GEORGE SOROS, BARACK HUSSEIN OBAMA, ERIC HOLDER, and HILLARY CLINTON,<br><br>Defendants. | **CIVIL ACTION NO. 3:16-cv-02010-L** |

---

**DEFENDANTS OPAL TOMETI AND PATRISSE CULLORS' APPENDIX IN SUPPORT OF MOTION TO DISMISS**

---

Defendants Opal Tometi and Patrisse Cullors respectfully file this appendix in support of their motion to dismiss and incorporated brief.

| Tab | Description | APP Pages |
|---|---|---|
| A | Declaration of Opal Tometi | 001 – 002 |
| B | Declaration of Patrisse Cullors | 003 – 004 |

Dated: February 7, 2017

Respectfully Submitted,
GILLESPIE SANFORD LLP
4925 Greenville Ave., Suite 200
Dallas, Texas 75206
Tel.: (214) 800-5111
Fax: (214) 838-0001

By: *<u>/s/ Hal K. Gillespie</u>*
Hal K. Gillespie
*Attorney-in-Charge*
Texas Bar No. 07925500
hkg@gillespiesanford.com
Joseph H. Gillespie
Texas Bar No. 24036636
joe@gillespiesanford.com
James D. Sanford
Texas Bar No. 24051289
jim@gillespiesanford.com

Attorneys for Defendants Opal Tometi and Patrisse Cullors

Certificate of Service

On February 7, 2017, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the ECF system of the court. I hereby certify that I have served all parties of record electronically through the Court's ECF system or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Hal K. Gillespie*
Hal K. Gillespie