**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DEMETRICK PENNIE and LARRY KLAYMAN,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS FARRAKHAN, NATION OF ISLAM, REVEREND AL SHARPTON, NATIONAL ACTION NETWORK, BLACK LIVES MATTER, RASHAD TURNER, OPAL TOMETI, PATRISSE CULLORS, ALICIA GARZA, DERAY MCKESSON, JOHNETTA ELZIE, NEW BLACK PANTHERS PARTY, MALIK ZULU SHABAZZ, GEORGE SOROS, BARACK HUSSEIN OBAMA, ERIC HOLDER, and HILLARY CLINTON,<br><br>Defendants. | **CIVIL ACTION NO. 3:16-cv-02010-L** |

**DEFENDANT OPAL TOMETI'S DECLARATION IN SUPPORT OF DEFENDANTS OPAL TOMETI AND PATRISSE CULLORS' MOTION TO DISMISS**

I, Opal Tometi, declare as follows:

1. I am a Defendant in the above-captioned matter. I make this declaration in support of Defendants Opal Tometi and Patrisse Cullors' Motion to Dismiss. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify thereto.

2. On or around July 18th, someone left a copy of Plaintiff's Class Action Complaint, dated July 9, 2016, at 130 Fenimore Street, Apartment 4G, Brooklyn, New York, 11225.

3. The Complaint was left with a house guest who does not reside at 130 Fenimore Street, Apartment 4G, Brooklyn, New York, 11225.

4. On or around July 20, 2016, I received a copy of Plaintiff's Class Action Complaint by First Class Mail. The Complaint was sent by Essential Services Group, 9th Avenue of the Americas, #10D, New York, New York 10018. I was never asked to sign a return receipt for the mailing, and I did not sign a return receipt.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at New York City, New York on February 6, 2017.

By: ______________________
Opal Tometi