**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DEMETRICK PENNIE and LARRY KLAYMAN,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS FARRAKHAN, NATION OF ISLAM, REVEREND AL SHARPTON, NATIONAL ACTION NETWORK, BLACK LIVES MATTER, RASHAD TURNER, OPAL TOMETI, PATRISSE CULLORS, ALICIA GARZA, DERAY MCKESSON, JOHNETTA ELZIE, NEW BLACK PANTHERS PARTY, MALIK ZULU SHABAZZ, GEORGE SOROS, BARACK HUSSEIN OBAMA, ERIC HOLDER, and HILLARY CLINTON,<br><br>Defendants. | **CIVIL ACTION NO. 3:16-cv-02010-L** |

---

**DEFENDANT PATRISSE CULLORS' DECLARATION IN SUPPORT OF DEFENDANTS OPAL TOMETI AND PATRISSE CULLORS' MOTION TO DISMISS**

---

I, Patrisse Cullors, declare as follows:

1. I am a Defendant in the above-captioned matter. I make this declaration in support of Defendants Opal Tometi and Patrisse Cullors' Motion to Dismiss. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify thereto.

2. On November 10, 2016, I did not reside at 4248 3/4 St. Elmo Drive, Los Angeles, California 90019.

3. I have not lived at that address since 2015.

4. I do not conduct business at 4284 3/4 St. Elmo Drive, Los Angeles, California 90019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on February 6, 2017.

By: ______________________________
Patrisse Cullors