IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LARRY KLAYMAN AND DEMETRICK PENNIE,** | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:16-CV-2010-L** |
| **PRESIDENT BARACK HUSSEIN OBAMA, *et al.*,** | § | |
| Defendants. | § | |

## ORDER

On April 11, 2017, the court issued an Order denying Plaintiffs' Motion for Leave to File Notice of New Case Authority Re: Memorandum Opinion and Order in *Nwanguma v. Trump*. *See* Order (Doc. 131). In denying Plaintiffs' motion, the court reasoned that it "is aware of the case of *Nwanguma v. Trump* and does not require notification from Plaintiffs." Order 1. The court further stated that a decision by a district court in the Western District of Kentucky, which is in the Sixth Circuit, does not have the same precedential weight as a decision by the United States Supreme Court or the Fifth Circuit Court of Appeals, the circuit in which this court sits. *See id.*

On April 12, 2017, Plaintiffs, obviously unhappy with the ruling, filed a "Response," stating that the Order "seems to suggest this Court has already pre-judged this case, as stated previously in pleadings before this Court in which Plaintiffs sought the Court's recusal of disqualification." Resp. 1 (Doc. 132). As has become clear in this case and as evidenced by a review of prior proceedings, Larry Klayman, acting as counsel for Plaintiffs and also as one of the Plaintiffs, upon receipt of an unfavorable ruling by the court, has a habit of accusing the court of extrajudicial bias. Mr.

Klayman's "Response," clearly directed at the undersigned's denial of his Motion for Leave, as well as at prior unfavorable rulings, is both rude and unprofessional. The record reflects Mr. Klayman's predilection for filing frivolous, nonsensical, and vituperative documents, in the form of notices, motions, briefs, etc., in response to unfavorable rulings. The court has grown weary of Mr. Klayman's tactics. Indeed, Mr. Klayman's current Response appears to be nothing more than an attempt at "besting" the court. Such shenanigans are degrading to the legal profession and will not be tolerated by this court. If Mr. Klayman files any further frivolous or nonsensical documents in this matter, the court will personally sanction him monetarily.

For these reasons, the court **directs** the Clerk to **strike** "Plaintiffs' Response to the Court's Order Denying Motion for Leave to File Notice of New Case Authority Re: Memorandum Opinion and Order in *Nwanguma v. Trump*"(Doc. 132).

**It is so ordered** this 13th day of April, 2017.

Sam A. Lindsay
United States District Judge