# EXHIBIT 1

# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the Northern District of Texas**

**Larry Klayman, a Natural Person and Resident of Florida, on behalf of himself and all U.S. police officer, Jews, and Caucasians**

Plaintiff(s),

vs.

**Barack Hussein Obama, acting as President of the United States of America, et al**

Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006

*211589*

**Case Number: 3:16-cv-02010-L**

Legal documents received by Same Day Process Service, Inc. on **01/18/2017** at **12:25 PM** to be served upon **Hillary Clinton at Williams & Connolly, LLP, 725 12th St., NW, Washington, DC 20005**

I, **Brandon Snesko**, swear and affirm that on **January 18, 2017** at **2:25 PM**, I did the following:

Served **Hillary Clinton** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Amended Complaint** to **David Kendall** as **Attorney & Authorized Agent** of **Hillary Clinton** at **Williams & Connolly, LLP, 725 12th St., NW , Washington, DC 20005**.

**Description of Person Accepting Service:**
Sex: Male Age: 60-65 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: White Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon Snesko**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID: **211589**

District of Columbia: SS
Subscribed and Sworn to before me
this 19 day of Jan, 2-17

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2017

MICHAEL MOLASH NOTARY PUBLIC DISTRICT OF COLUMBIA MY COMMISSION EXPIRES 7/14/2017