# EXHIBIT 2

Gmail

Dina James <daj142182@gmail.com>

# Fwd: Service of Hillary Clinton in Pennie v. Farrakhan, et al (3:16-cv-2010)

1 message

**Oliver Peer** <oliver.peerfw@gmail.com> Fri, Apr 14, 2017 at 10:39 AM
To: Dina James <daj142182@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "Kendall, David" <DKendall@wc.com>
> **Date:** April 10, 2017 at 9:18:47 AM PDT
> **To:** Oliver Peer <oliver.peerfw@gmail.com>
> **Subject: RE: Service of Hillary Clinton in Pennie v. Farrakhan, et al (3:16-cv-2010)**
>
> Mr. Peer:
>
> My client, former Secretary Clinton, has not been served in this case. The Court's December 16, 2016 Order allowed plaintiffs until January 17, 2017, to effect service on my client. A complaint was not delivered to me until January 18, 2017, as the return of service indicates on its face. Moreover, this service would not have been valid even if done in a timely fashion, because in Texas "service on an agent or attorney is not sufficient to effect service on the principal unless the person to be served expressly authorized an agent or attorney to receive process." H.L. McRae Co. v. Hooker Const. Co., 579 S.W.2d 62, 64 (Tex. App—Austin 1979, no writ). "Service of citation on a defendant's attorney, absent defendant's explicit authorization, will not constitute service to give the trial court personal jurisdiction of [the] defendant." Id. Plaintiffs at no time made a request for me to obtain express authorization to receive service. Moreover, plaintiffs' request for a further extension of time to serve former Secretary Clinton was denied on February 17, 2017.
>
> Plaintiffs' statement on page 1 of their "Supplemental Response to the Court's Order of December 16, 2016, and Request for Status Conference, that "Defendan[t] Clinton . . . [has] been served" is thus false and should be withdrawn by plaintiffs.
>
> In order to avoiding burdening the Court with needless motion practice, however, I will accept service of a summons and complaint on behalf of former Secretary Clinton in exchange for four weeks' time to respond to the complaint, from the date of receipt pursuant to this e-mail.
>
> Please attach this response to any filing you make with the Court concerning service on former Secretary Clinton.
>
> Sincerely,

David Kendall

**David E. Kendall**

**Williams & Connolly LLP**

725 Twelfth Street, N.W., Washington, DC 20005

(P) 202-434-5145 | (F) 202-434-5029

dkendall@wc.com | www.wc.com/dkendall

**From:** Oliver Peer [mailto:oliver.peerfw@gmail.com]
**Sent:** Friday, April 07, 2017 5:15 PM
**To:** Kendall, David <DKendall@wc.com>
**Subject:** Service of Hillary Clinton in Pennie v. Farrakhan, et al (3:16-cv-2010)

Mr. Kendall,

I am emailing on behalf of Mr. Larry Klayman in the above referenced matter. Your client, Hillary Clinton was served with the Summons and Complaint through you, as her legal counsel. Mr. Klayman has served Ms. Clinton in this fashion in the past.

Should you now claim that you are unwilling to accept service on behalf of Ms. Clinton, please let us know immediately so that we can serve her personally at her home.

Regards,
Oliver Peer

310-275-4963

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.