# EXHIBIT 3

# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the Northern District of Texas**

**Larry Klayman, a Natural Person and Resident of Florida, on behalf of himself and all U.S. police officer, Jews, and Caucasians**

Plaintiff(s),

vs.

**Barack Hussein Obama, acting as President of the United States of America, et al**

Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006

*211575*

**Case Number: 3:16-cv-02010-L**

Legal documents received by Same Day Process Service, Inc. on **01/17/2017** at **7:51 PM** to be served upon **Nation of Islam at 7351 South Stony Island Ave., Chicago, IL 60649**

I, **Christopher Moore**, swear and affirm that on **January 18, 2017** at **1:23 PM**, I did the following:

Served **Nation of Islam** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Amended Complaint** to **John Doe** as **Minister** of **Nation of Islam** at **7351 South Stony Island Ave. , Chicago, IL 60649**.

**Description of Person Accepting Service:**
Sex: Male Age: 45-55 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:**Process server spoke with a minister at the service address who would not accept the legal documents. The man countered that the documents needed to be addressed to a particular business or individual. Server drop-served the documents. The unidentified minister proceeded to follow process server to the parking lot, where the service documents were then placed on the server's vehicle. Server removed them, leaving the documents in the parking lot before departing.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Christopher Moore**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID: **211575**

151133