# EXHIBIT 4

# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the Northern District of Texas**

**Larry Klayman, a Natural Person and Resident of Florida, on behalf of himself and all U.S. police officer, Jews, and Caucasians**

Plaintiff(s),

vs.

**Barack Hussein Obama, acting as President of the United States of America, et al**

Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006

*212796*

**Case Number: 3:16-cv-02010-L**

Legal documents received by Same Day Process Service, Inc. on **02/20/2017** at **11:35 AM** to be served upon **Black Lives Matter at 19197 Golden Valley Rd., #313, Canyon Country, CA 91387**

I, **Julio Ascora**, swear and affirm that on **February 22, 2017** at **4:15 PM**, I did the following:

Served **Black Lives Matter** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Amended Complaint** to **Rasheed Mohammad** as **Postal Clerk at UPS Store** at **19197 Golden Valley Rd., #313 , Canyon Country, CA 91387**.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Middle Eastern Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Julio Ascora**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID: **212796**