# EXHIBIT 5

TaxExemptWorld (https://www.taxexemptworld.com/)
Updated on **November 4, 2016**

# BLACK LIVES MATTER FOUNDATION

## 501C3 Nonprofit Organization Information

GET THE REPORT

Download all available information for this organization to your computer, laptop, and phone.

### ORGANIZATION NAME & ADDRESS

**Black Lives Matter Foundation**
19197 Golden Valley Rd Ste 313
Canyon Country, CA
91387-1428

### EMPLOYER IDENTIFICATION NUMBER (EIN) / TAX ID

Nine digit number assigned by the IRS to identify a company

47-4143254

### ASSET AMOUNT

0

### INCOME AMOUNT

0

### FORM 990 REVENUE AMOUNT

0

### IN CARE OF NAME

The officer, director, etc. to whose attention any correspondence should be directed

n/r

### CLASSIFICATION(S)

Categories under which an organization may be tax exempt

**501(C)(3)**

- Charitable Organization
- Educational Organization

### FILING REQUIREMENT

The primary return(s) the organization is required to file
form 990 return (http://www.irs.gov/pub/irs-pdf/f990.pdf) form 990 instructions (http://www.irs.gov/pub/irs-pdf/i990.pdf)

Form 990 - Not required to file (income less than $25,000)

TAXONOMY

Classifies an exempt Internal Revenue Code 501 (c)(3) organization

Human Service Organizations - Multipurpose

**SECONDARY NAME**

Another name under which this nonprofit organization does business. Also used for trade names, chapter names, or local numbers for subordinate organizations of group rulings

**AFFILIATION**

Defines the organizational grouping

This organization is an independent organization or an independent auxiliary (i.e., not affiliated with a National, Regional, or Geographic grouping of organizations).

**DEDUCTIBILITY STATUS**

Contributions are deductible

**PRINCIPAL ACTIVITIES**

n/r

**FOUNDATION TYPE**

Normally receives no more than one third of its support from gross investment income and unrelated business income and at the same time more than one third of its support from contributions, fees, and gross receipts related to exempt purposes

**TAX PERIOD**

The date of the latest return filed

12/2015

GET THE REPORT

Download all available information for this organization to your computer, laptop, and phone.

**MENU**

Products (https://www.taxexemptworld.com/products.asp)

About (https://www.taxexemptworld.com/about.asp)

Contact (https://www.taxexemptworld.com/contact.asp)

Disclaimer (https://www.taxexemptworld.com/d.asp)

**SEARCH NONPROFIT ORGANIZATIONS BY**

Name (https://www.taxexemptworld.com/search.asp?type=on)

City (https://www.taxexemptworld.com/search.asp?type=os)

State (https://www.taxexemptworld.com/search.asp?type=ow)

Metro Area (https://www.taxexemptworld.com/search.asp?type=om)

Zip Code (https://www.taxexemptworld.com/search.asp?type=oz)

County (https://www.taxexemptworld.com/search.asp?type=ot)

Tax ID (EIN) (https://www.taxexemptworld.com/search.asp?type=oe)

501C Classification (https://www.taxexemptworld.com/search.asp?type=oc)

© 2017 TaxExemptWorld.com All rights reserved