# EXHIBIT 6

# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the Northern District of Texas**

**Larry Klayman, a Natural Person and Resident of Florida, on behalf of himself and all U.S. police officer, Jews, and Caucasians**

Plaintiff(s),

vs.

**Barack Hussein Obama, acting as President of the United States of America, et al**

Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006

*213677*

**Case Number: 3:16-cv-02010-L**

Legal documents received by Same Day Process Service, Inc. on **03/15/2017** at **11:55 AM** to be served upon **New Black Panthers Party, by serving Georgia Secretary of State at 2 Martin Luther King Jr. Dr., Suite 802 West Tower, Atlanta, GA 30334**

I, **Chris Stanton**, swear and affirm that on **March 15, 2017** at **1:35 PM**, I did the following:

Served **New Black Panthers Party, by serving Georgia Secretary of State** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Amended Complaint; $10.00 Fee Made Payable to Georgia Secretary of State** to **Divincia Richardson** as **Authorized Agent of Georgia Secretary of State** of **New Black Panthers Party, by serving Georgia Secretary of State** at **2 Martin Luther King Jr. Dr., Suite 802 West Tower , Atlanta, GA 30334**.

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Chris Stanton**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID: **213677**