**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEMETRICK PENNIE and LARRY KLAYMAN,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BARACK HUSSEIN OBAMA, ERIC HOLDER, LOUIS FARRAKHAN, NATION OF ISLAM, REVEREND AL SHARPTON, NATIONAL ACTION NETWORK, BLACK LIVES MATTER, RASHAD TURNER, OPAL TOMETI, PATRISSE CULLORS, ALICIA GARZA, DERAY MCKESSON, JOHNETTA ELZIE, NEW BLACK PANTHER PARTY, MALIK ZULU SHABAZZ, GEORGE SOROS, and HILLARY CLINTON,**<br><br>**Defendants.** | § § § § § § § § § § § § § § § § § § § § § § | **Civil Action No. 3:16-cv-2010-L** |

**JUDGMENT**

The court issues this judgment pursuant to its order of April 5, 2017 (Doc. 127), and its memorandum opinion and order of June 2, 2017 (Doc. 145). For the reasons set forth in both documents, it is therefore **ordered, adjudged, and decreed** that all federal and state law claims asserted by Plaintiffs Demetrick Pennie and Larry Klayman ("Plaintiffs") against all Defendants are **dismissed without prejudice**; that this action is **dismissed without prejudice**; and that all allowable and reasonable costs are taxed against Plaintiffs.

**Signed** this **2nd day** of **June, 2017**.

Sam A. Lindsay
United States District Judge