# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 14, 2017

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 17-10653   Larry Klayman, et al v. Barack Obama, et al
                     USDC No. 3:16-CV-2010

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Nancy F. Dolly, Deputy Clerk
                            504-310-7683

cc w/encl:
    Mr. Joseph T. Baio
    Mr. Jonathan Ryan Childers
    Mr. David Steven Coale
    Mr. Kenneth G. Coffin
    Ms. Kali Cohn
    Ms. Valerie Chisara Ezie-Boncoeur
    Mr. Scott Michael Flaherty
    Mr. William P. Gibbens
    Mr. Hal K. Gillespie
    Mr. Joseph Halcut Gillespie
    Mr. Andrew Thomas Hanrahan
    Mr. Michael Kevin Hurst
    Mr. David E. Kendall
    Mr. Larry Klayman
    Mr. Benjamin P. McCallen
    Mr. Abdul Arif Muhammad Sr.
    Mr. Michael Keith Muhammad
    Mr. Edgar Saldivar
    Mr. James Dennis Sanford
    Mr. Malik Zulu Shabazz
    Mr. Kevin Bernard Wiggins
    Ms. Lauren Elisabeth York

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-10653
_____

LARRY KLAYMAN; DEMETRICK PENNIE,

    Plaintiffs - Appellants

v.

PRESIDENT BARACK HUSSEIN OBAMA; ERIC H. HOLDER, JR.; LOUIS FARRAKHAN; REV. AL SHARPTON; RASHAD TURNER; PATRISSE CULLORS; ALICIA GARZA; DERAY MCKESSON; OPAL TOMETI; NATION OF ISLAM; NATIONAL ACTION NETWORK; BLACK LIVES MATTER; JOHNETTA ELZIE; NEW BLACK PANTHERS PARTY; MALIK ZULU SHABAZZ; GEORGE SOROS; HILLARY CLINTON; UNITED STATES OF AMERICA,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Northern District of Texas
_____

A True Copy
Certified order issued Nov 14, 2017

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 14, 2017, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Nancy F. Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT